UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br>)<br>)<br>v. )<br>)<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTIER, INC., )<br>)<br>Defendants ) | Criminal No. 1:21-cr-10256-RWZ |

## JOINT INITIAL STATUS REPORT

Pursuant to Local Rule 116.5(a), the parties hereby file the following joint initial status report prepared in connection with the initial status conference scheduled for November 22, 2021.

1) Automatic Discovery/Pending Discovery Requests

The Government provided automatic discovery to the defendants on October 29, 2021.

2) Additional Discovery

The Government anticipates providing supplemental discovery to defendants. The Government also anticipates receiving further productions of documents in this case and anticipates it will provide additional discovery to the defendants when it receives these productions.

3) Timing of Additional Discovery Requests

The defendants are reviewing discovery and, at this time, reserve the need for further discovery requests.

4) Protective Orders

The Court has entered a protective order in this matter. *See* Dkt. No. 37.

5) Pretrial Motions

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). They reserve the right to file such a motion or motions after additional review of the discovery.

6) <u>Expert Discovery</u>

   The parties agree that deadlines for expert disclosures should be established at a later conference.

7) <u>Speedy Trial Act</u>

   All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignments through November 22, 2021.

   The parties request that the time be excluded from November 22, 2021 until the next status conference in this matter.

8) <u>Next Status Conference</u>

   Given all of the foregoing information, the parties request that the initial status conference, scheduled for November 22, 2021, be canceled. The parties request that an interim status conference be scheduled in approximately 60 days.

Respectfully submitted,

| | |
|---|---|
| KINGSLEY R. CHIN | UNITED STATES OF AMERICA, |
| By his attorneys, | By its attorney, |
| */s/ William D. Weinreb* | NATHANIEL R. MENDELL |
| William D. Weinreb | Acting United States Attorney |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 111 Huntington Avenue | */s/ Christopher Looney* |
| Suite 520 | PATRICK CALLAHAN |
| Boston, MA 02199 | DAVID J. DERUSHA |
| 617-712-7100 | ABRAHAM R. GEORGE |
| billweinreb@quinnemanuel.com | CHRISTOPHER LOONEY |
| | Assistant U.S. Attorneys |
| | 1 Courthouse Way |
| ADITYA HUMAD | John Joseph Moakley U.S. Courthouse |
| | Boston, MA 02210 |
| By his attorney, | (617) 748-3100 |
| */s/ Frank A. Libby, Jr.* | |
| Frank A. Libby, Jr. | |
| Libby Hoopes Brooks, P.C. | |
| 399 Boylston Street, Suite 600 | |
| Boston, MA 02116 | |
| 617-338-9300 | |
| falibby@lhblaw.com | |
| | |
| SPINEFRONTIER, INC. | |
| | |
| By its attorneys | |
| | |
| */s/ William D. Weinreb* | |
| William D. Weinreb | |
| Quinn Emanuel Urquhart & Sullivan, LLP | |
| 111 Huntington Avenue | |
| Suite 520 | |
| Boston, MA 02199 | |
| 617-712-7100 | |
| billweinreb@quinnemanuel.com | |

Dated: November 17, 2021

## **CERTIFICATE OF SERVICE**

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

                                                  */s/ Christopher Looney*
                                                  Christopher Looney
                                                  Assistant United States Attorney

Dated: November 17, 2021