UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA )<br> )<br> )<br>v. )<br> )<br>KINGSLEY R. CHIN, )<br>ADITYA HUMAD, and )<br>SPINEFRONTIER, INC., )<br> )<br>        Defendants ) | Criminal No. 1:21-cr-10256-RWZ |

**JOINT INTERIM STATUS REPORT**

Pursuant to Local Rule 116.5(b), the parties hereby file the following joint interim status report prepared in connection with the interim status conference scheduled for May 10, 2022.

1)   Automatic Discovery

The government provided automatic discovery to the defendants on October 29, 2021 and has made supplemental discovery productions on December 10, 2021, January 10, 2022, and February 17, 2022.

2)   Additional Discovery

The government anticipates providing supplemental discovery to the defendants, including specifically data from a laptop and cell phones belonging to two non-parties. Since the last status report, the government has continued working toward an orderly production of documents from these sources, and the government anticipates making that production in coming weeks. The government will provide additional discovery to the defendants if it receives or identifies additional documents.

3)   Timing of Additional Discovery Requests

The defendants have not submitted any discovery requests to the government to date. The defendants are continuing to review discovery and, at this time, reserve the need for further discovery requests.

4)   Protective Orders

The Court has entered a protective order in this matter.  *See* Dkt. No. 37.

5) <u>Pretrial Motions</u>

The defendants have not filed any pretrial motions under Fed. R. Crim. P. 12(b). They reserve the right to file such a motion or motions after additional review of the discovery.

6) <u>Expert Discovery</u>

The parties agree that deadlines for expert disclosures should be established at a later conference.

7) <u>Defenses of Insanity, Public Authority, or Alibi</u>

None of the defendants presently intends to assert a defense of insanity, public authority, or alibi.

8) <u>Speedy Trial Act</u>

All time has been excluded under the Speedy Trial Act from the date of the defendants' arraignments through May 10, 2022.

The parties request that the time be excluded from May 10, 2022 until the next status conference in this matter.

9) <u>Status of Plea Discussions and Likelihood of Trial</u>

The parties have not discussed a plea disposition. The parties estimate that a trial in this matter would last three to five weeks.

10) <u>Next Status Conference</u>

Given the foregoing information, the parties request that the interim status conference, scheduled for May 10, 2022, be canceled. The parties request that an interim status conference be scheduled in approximately 60 days.

Respectfully submitted,

| | |
|---|---|
| KINGSLEY R. CHIN | UNITED STATES OF AMERICA, |
| By his attorney, | By its attorney, |
| /s/ William D. Weinreb<br>William D. Weinreb<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Avenue<br>Suite 520<br>Boston, MA 02199<br>617-712-7100<br>billweinreb@quinnemanuel.com | RACHAEL S. ROLLINS<br>United States Attorney<br><br>/s/ David J. Derusha<br>PATRICK CALLAHAN<br>DAVID J. DERUSHA<br>ABRAHAM R. GEORGE<br>CHRISTOPHER LOONEY<br>Assistant U.S. Attorneys<br>1 Courthouse Way<br>John Joseph Moakley U.S. Courthouse<br>Boston, MA 02210<br>(617) 748-3100<br>david.derusha@usdoj.gov |
| ADITYA HUMAD | |
| By his attorney, | |
| /s/ Frank A. Libby, Jr.<br>Frank A. Libby, Jr.<br>Libby Hoopes Brooks, P.C.<br>399 Boylston Street, Suite 600<br>Boston, MA 02116<br>617-338-9300<br>falibby@lhblaw.com | |
| SPINEFRONTIER, INC. | |
| By its attorney, | |
| /s/ William D. Weinreb<br>William D. Weinreb<br>Quinn Emanuel Urquhart & Sullivan, LLP<br>111 Huntington Avenue<br>Suite 520<br>Boston, MA 02199<br>617-712-7100<br>billweinreb@quinnemanuel.com | |

Dated: May 3, 2022

## CERTIFICATE OF SERVICE

      Undersigned counsel certifies that this document filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

*/s/ David J. Derusha*
David J. Derusha
Assistant United States Attorney

Dated: May 3, 2022