UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| v. | ) | Cr. No. 1:21 -cr- 10256-RWZ-2 |
| | ) | |
| ADITYA HUMAD | ) | |
| Defendant. | ) | |

## <u>NOTICE OF WITHDRAWAL</u>

**(L.R. 83.5.2 (c)(1) ("Withdrawal;" "Appearance of Successor Counsel"))**

**NOW COME** Attorney Frank A. Libby, Jr. and Libby Hoopes Brooks, P.C., counsel to defendant Aditya Humad in the above-captioned case, and hereby submits their Notice of Withdrawal as counsel to Mr. Humad.

**IN SUPPORT WHEREOF**, please note that the instant Notice of Withdrawal is soon to be followed by the Notice of Appearance of successor counsel to Mr. Humad, Fick and Marx (Boston).

Respectfully submitted,

<u>/s/ Frank A. Libby, Jr.</u>
Frank A. Libby, Jr.
(BBO # 299110)
LibbyHoopesBrooks, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
falibby@lhblaw.com

Dated:  September 7, 2022

## **CERTIFICATE OF SERVICE**

I hereby certify that this document has been filed through the ECF system on September 7, 2022 and will be served electronically to the registered participants as identified on the Notice of Electronic Filing through the Court's transmission facilities, and that non-registered participants will be served this day via email.

This 7th  day of September, 2022.

/s/ Frank A. Libby, Jr.
Frank A. Libby, Jr.
(BBO # 299110)
LibbyHoopesBrooks, P.C.
399 Boylston Street
Boston, MA 02116
(617) 338-9300
falibby@lhblaw.com