**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | |
| v. | ) ) | Criminal No. 1:21-cr-10256-RWZ |
| KINGSLEY R. CHIN, ADITYA HUMAD, and SPINEFRONTIER, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

**KINGSLEY R. CHIN'S AND SPINEFRONTIER, INC.'S**
**ASSENTED-TO MOTION TO RESCHEDULE**

Defendants Kinglsey R. Chin and SpineFrontier, Inc. respectfully submit this motion, with the assent of the government and defendant Aditya Humad, to reschedule the February 23, 2023 status conference to a date on or after February 27, 2023.

The Court recently scheduled the status conference for February 23, 2023, following the parties' submission of a joint status report. February 23 is during the Massachusetts public schools' February break. Both counsel who have appeared for Dr. Chin and SpineFrontier will be on vacation with their families that week.

Counsel for the government and Mr. Humad have assented to this request that the Court move the status conference to a date following school break week.

Respectfully submitted,

/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

## Certificate of Service

    The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF December 26, 2022.

                                                                /s/ Joshua L. Solomon