

## FICK & MARX LLP
24 Federal Street, Fourth Floor, Boston, MA 02110

**William W. Fick**
TEL: 857-321-8360
FAX: 857-321-8361
WFICK@FICKMARX.COM

February 28, 2023

**By Email PDF and ECF**
Patrick Callahan, Esq. (*patrick.callahan@usdoj.gov*)
David J. Derusha, Esq. (*david.derusha@usdoj.gov*)
Abraham R. George, Esq. (*abraham.george@usdoj.gov*)
Christopher Looney, Esq. (*christopher.looney@usdoj.gov*)
U.S. Attorney's Office
One Courthouse Way
Boston, MA 02210

>    **Re:    *United States v. Chin, et al.*, No. 21-cr-10256-RWZ**

Dear Counsel:

Pursuant to Local Rule 116.3, we write on behalf of all defendants to request the following discovery:

### 1.   Grand Jury Exhibits

The following grand jury exhibits were produced but are not mentioned in any of the grand jury transcripts that were produced. Please produce any testimony concerning these exhibits.

22; 23; 30; 61; 68; 72; 73; 74; 75; 89; 120; 137; 153; 311; 312; 313; 314; 315; 316; 317; 318; 319; 320; 325; 326; 329; 330; 331; 332; 334; 335; 336; 339; 340; 341; 342; 343; 344; 347; 348; 349; 350; 351; 352; 353; 301-T; 302-T; 303-T; 304-T; 305-T; 306-T; 307-T; 308-T; 309-T; 310-T, 319A

### 2.   Search Warrant Affidavits and Attachments

Multiple search warrants were produced without the associated applications/affidavits and sometimes without the attachment describing the particular object(s) of the search. Please produce those materials.

| Case Number | Search Object |
|---|---|
| 16-mj-6192-MPK | adityahumad@kicventures.com, info@eall-ime.com, vanessadudley@callime.com, and associated data |
| 16-mj-6193-MPK | website hosting account impartialmedicaiexperts.com and associated data |
| 16-mj-6297-MPK | email account adityahumad@kicventures.com and associated data |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 2 of 12

| | |
|---|---|
| 19-mj-1045-DLC | email account BIOinnovations@sbcglobal.net and associated data |
| 19-mj-2330-MBB | email account melissa@meghealthcare.com and associated data |
| 19-mj-08091-JPO | 8645 Woodland Terrace, Lenexa, KS 66220 |
| 19-mj-08092-TJJ | John Balzer |
| 19-mj-08093-JPO | email account BIOinnovations@sbcglobal.net and associated data |
| 21-mj-6506-AOV | location data concerning AT&T cellular telephone assigned call number (617) 697-5442 |

### 3.  Legal Basis for Search/Interception

The following cell phone extractions were produced without accompanying search warrants or consent-to-search documentation.  Please produce all documents establishing the legal basis for the searches.

USAO-MA-ABD-000001 – Amanda Dalton's iPhone  6s Report
USAO-MA-BALZER-0000054 – John Balzer  Samsung GSM
USAO-MONTONE_0000002 – Montone iPhone 7(A1660)

The following recorded conversations were produced without any accompanying documentation of one-party consent or other legal basis. Please produce relevant documentation.

USAO-MON_0000002 between Monotone and Balzer
USAO DP_0000002 between Humad and Pateder on 2017-04-11

### 4.  Missing Native Format Files

For the following files, slip sheets were produced stating that the files are available in native format, but in fact, those files appear to be missing from the production. Please produce the files.

| Beg. Bates | File Name |
|---|---|
| | |
| MIH0000524 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier.xlsx |
| MIH0000545 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier.xlsx |
| MIH0000560 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Return_02212013.xlsx |
| MIH0000643 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02242013.xlsx |
| MIH0000661 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02242013.xlsx |
| MIH0000767 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02222013.xlsx |
| MIH0000781 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02232013.xlsx |
| MIH0000794 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02242013.xlsx |
| MIH0000847 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_02242013.xlsx |
| MIH0000863 | BSHSI_Virginia_AppendixB_Biologic_SpineFrontier_04182013.xlsx |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 3 of 12

| | |
|---|---|
| MIH0001084 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001087 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001133 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001176 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001227 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier.xlsx |
| MIH0001233 | Bon Secours_RIC_Biologic_Appendix B_SpineFrontier.xlsx |
| MIH0001363 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_03192014.xlsx |
| MIH0001377 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_03242014.xlsx |
| MIH0001429 | 20140812_Spinefrontier_reconcile_4POs.xlsx |
| MIH0001444 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0001447 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_012020 15.xlsx |
| MIH0001477 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001524 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001613 | Bon Secours Biologics Pricing.xlsx |
| MIH0001619 | Bon Secours Biologics Pricing.xlsx |
| MIH0001620 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0001631 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Sports Medicine_General Biologics_6.24.14.xlsx |
| MIH0001645 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_11202014 (2).xlsx |
| MIH0001648 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_112020 14.xlsx |
| MIH0001651 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_09022015.xlsx |
| MIH0001700 | Cervical Spacers_Tissue Net_Addendum.xlsx |
| MIH0001702 | Bon Secours_Data for X-Ref_06-03-14.xlsx |
| MIH0001738 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_09022015.xlsx |
| MIH0001744 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_02022016.xlsx |
| MIH0001764 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_02022016.xlsx |
| MIH0001781 | Mary Immaculate P-LIFT.xlsx |
| MIH0001790 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier 05.16.xlsx |
| MIH0001799 | 02052015_BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final.xlsx |
| MIH0001804 | 02052015_BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final.xlsx |
| MIH0001805 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0001832 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06132016.xlsx |
| MIH0001843 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06142016.xlsx |
| MIH0001864 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06142017.xlsx |
| MIH0001870 | BonSecoursMissingItems.xlsx |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 4 of 12

| | |
|---|---|
| MIH0001879 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0001882 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_01202015.xlsx |
| MIH0001883 | BonSecoursAddendum.xlsx |
| MIH0002001 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06162017.xlsx |
| MIH0002013 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0002016 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_01202015.xlsx |
| MIH0002027 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06162017.xlsx |
| MIH0002035 | BonSecoursAddendum.xlsx |
| MIH0002045 | Bon Secours 3-30-17_Putty_Biologic_Appendix_Spine Frontier.xlsx |
| MIH0002050 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0002063 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0002069 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0002139 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier - ASH.xlsx |
| MIH0002160 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0002163 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier - ASH.xlsx |
| MIH0002187 | Bon Secours_RIC_Biologic_Appendix B_SpineFrontier.xlsx |
| MIH0002373 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0002381 | Mary Immaculate P-LIFT.XLSX |
| MIH0002385 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_11202014 (2).xlsx |
| MIH0002388 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_11202014.xlsx |
| MIH0002406 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0002544 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier.xlsx |
| MIH0002567 | Bon Secours Biologics Pricing.xlsx |
| MIH0002568 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0002630 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_03192014.xlsx |
| MIH0002737 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_03242014.xlsx |
| MIH0002780 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final_03242014.xlsx |
| MIH0002803 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier.xlsx |
| MIH0002842 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0002861 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier - ASH.xlsx |
| MIH0002981 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0002986 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0003000 | BonSecoursAddendum.xlsx |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 5 of 12

| | |
|---|---|
| MIH0003006 | Bon Secours_HR_Biologic_Appendix B_Spine Frontier_Final_03292014.xlsx |
| MIH0003017 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_03302017.xlsx |
| MIH0003021 | BonSecoursMissingItems.xlsx |
| MIH0003026 | BonSecoursMissingItems.xlsx |
| MIH0003035 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0003038 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_012020 15.xlsx |
| MIH0003056 | BSV_Tracker TJR  Spine_2015 Addendums_04-29-15.xlsx |
| MIH0003071 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0003074 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_012020 15.xlsx |
| MIH0003079 | 02052015_BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final.xlsx |
| MIH0003080 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_01202015.xlsx |
| MIH0003123 | Bon Secours Fast Track Addendum 09022015.xlsx |
| MIH0003130 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_09022015.xlsx |
| MIH0003210 | GEN 3 Part Numbers Additions_Bon Secours.xlsx |
| MIH0003212 | GEN 3 Part Numbers Additions_Bon Secours.xlsx |
| MIH0003253 | BonSecoursAddendum.xlsx |
| MIH0003270 | 20140812_Spinefrontier_reconcile_4POs.xlsx |
| MIH0003350 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06142017.xlsx |
| MIH0003363 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06162017.xlsx |
| MIH0003374 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06142017.xlsx |
| MIH0003386 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06162017.xlsx |
| MIH0003403 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06162017.xlsx |
| MIH0003446 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_09022015.xlsx |
| MIH0003453 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06132016.xlsx |
| MIH0003503 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_02022016.xlsx |
| MIH0003519 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_02022016.xlsx |
| MIH0003536 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_06142016.xlsx |
| MIH0003616 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier 05.16.xlsx |
| MIH0003624 | 02052015_BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Final.xlsx |
| MIH0003645 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_05152018.xlsx |
| MIH0003689 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| MIH0003703 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_04182018.xlsx |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 6 of 12

| | |
|---|---|
| MIH0003744 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Return_04202018.xlsx |
| MIH0003777 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_05012018.xlsx |
| MIH0003779 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| MIH0003852 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| MIH0003957 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_05152018.xlsx |
| MIH0003991 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| MIH0004005 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_04182018.xlsx |
| MIH0004009 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Return_04202018.xlsx |
| MIH0004013 | BSHSI_Virginia_AppendixB_Spine_SpineFrontier_Addendum_Final_05012018.xlsx |
| MIH0004023 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| MIH0004096 | Bon Secours_Biologic_Appendix B_Spine Frontier_Addendum_04182018.xlsx |
| USAO-MA-OATH_00262441 | 11 Entire Reg List.xls |
| USAO-MA-OATH_00263296 | 2009 Partial return for 0113 (03-22-2010).pdf |
| USAO-MA-OATH_00262910 | 2009 Partial return for 0113 (03-22-2010).pdf |
| USAO-MA-OATH_00263297 | 2009 Partial return for 5399 (03-22-2010).pdf |
| USAO-MA-OATH_00262911 | 2009 Partial return for 5399 (03-22-2010).pdf |
| USAO-MA-OATH_00262469 | BIOinnovations.xls |
| USAO-MA-OATH_00187614 | fax-message01283219001.scr |
| USAO-MA-OATH_00262502 | Insurance Company List.xls |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 7 of 12

| | |
|---|---|
| USAO-MA-OATH_00262885 | John B.xls |
| SF-00000119 | NPIExpenseAnalysis (Sunshine)_SF-00000119.XLSX |
| Ullman-000283 | Surgeon Profile.xlsx |
| Middlesex Hospital - 392645 | Middlesex Hospital - 392645 |
| Middlesex Hospital - 392662 | Middlesex Hospital - 392662 |
| Middlesex Hospital - 392663 | Middlesex Hospital - 392663 |
| NKCH_00003 | NKCH_00003 |
| NKCH_00004 | Spine products.pptx.msg |
| NKCH_00006 | NKCH_00006 |
| NKCH_00007 | Spine products.pptx.msg |
| NKCH_00009 | NKCH_00009 |
| NKCH_00010 | Spine products.pptx.msg |
| NKCH_00012 | NKCH_00012 |
| NKCH_00013 | Spine products.pptx.msg |
| NKCH_00015 | NKCH_00015 |
| NKCH_00016 | RE_ I NEED HELP PLEASE.msg |
| NKCH_00018 | NKCH_00018 |
| NKCH_00019 | RE_ I NEED HELP PLEASE.msg |
| NKCH_00023 | NKCH_00023 |
| NKCH_00024 | RE_ I NEED HELP PLEASE.msg |
| NKCH_00028 | NKCH_00028 |
| NKCH_00029 | RE_ All Vendors Spine RFI_Final.xlsx.msg |
| NKCH_00032 | NKCH_00032 |
| NKCH_00033 | RE_ Spine RFI Emails - sent.msg |
| NKCH_00034 | NKCH_00034 |
| NKCH_00035 | RE_ Spine RFI Emails - sent.msg |
| NKCH_00037 | NKCH_00037 |
| NKCH_00038 | RE_ Spine RFI Emails - sent.msg |
| NKCH_00040 | NKCH_00040 |
| NKCH_00041 | RE_ Spine RFI Emails - sent.msg |
| NKCH_00044 | NKCH_00044 |
| NKCH_00045 | RE_ Spine RFI - submittals.msg |
| NKCH_00046 | NKCH_00046 |
| NKCH_00047 | FW_ Spine RFI - submittals.msg |
| NKCH_00048 | NKCH_00048 |
| NKCH_00049 | RE_ Spine RFI - submittals.msg |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 8 of 12

| | |
|---|---|
| NKCH_00051 | NKCH_00051 |
| NKCH_00052 | Re_ Spine RFI - submittals.msg |
| NKCH_00054 | NKCH_00054 |
| NKCH_00055 | RE_ Spine RFI - submittals.msg |
| NKCH_00057 | NKCH_00057 |
| NKCH_00058 | RE_ Spine RFI - submittals.msg |
| NKCH_00061 | NKCH_00061 |
| NKCH_00062 | RE_ [EXTERNAL] Re_ John Balzer.msg |
| NKCH_00063 | NKCH_00063 |
| NKCH_00064 | FW_ Sara Rush's budget reports.msg |
| NKCH_00066 | NKCH_00066 |
| NKCH_00067 | FW_ Sara Rush's budget reports.msg |
| NKCH_00069 | NKCH_00069 |
| NKCH_00070 | 2019 budget- surgery .msg |
| NKCH_00073 | NKCH_00073 |
| NKCH_00074 | FW_ Report AP270.msg |
| NKCH_00076 | RE_ Medtronic Biologics.msg |
| NKCH_00078 | NKCH_00078 |
| NKCH_00079 | FW_ Ortho-spine price files by Vendor.msg |
| NKCH_00096 | FW_ AP270 Report.msg |
| NKCH_00098 | NKCH_00098 |
| NKCH_00099 | NKCH_00099 |
| NKCH_00100 | NKCH_00100 |
| NKCH_00101 | NKCH_00101 |
| NKCH_00102 | NKCH_00102 |
| NKCH_00103 | NKCH_00103 |
| NKCH_00104 | EPSi AP and Materials files for August 2015.msg |
| NKCH_00106 | NKCH_00106 |
| NKCH_00107 | KH information.msg |
| NKCH_00108 | KH EPM Budgeting_file_layouts_v2.pdf |

### 5. Materials Shown to Witnesses During Interviews

We have been unable to locate or identify with certainty the following materials shown to witnesses during interviews. Please produce and/or identify each item among materials already produced.

| Interview Subject | Materials Missing/Unidentified |
|---|---|
| Steven Anagnost | Tax Returns |
| | IME Submission sheets |
| Scott Autrey | Letter from Autrey including IME packet |
| | Text messages dated 4/30/2015 |
| | Text messages dated 1/26/2017 |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 9 of 12

| | |
|---|---|
| | Text messages dated 1/30/2017 |
| Jeff Bash | Article attached to Aut01890 that does not have a Bates stamp number;<br>Text document # 1<br>Text document # 2 |
| Amanda Dalton | Text message on 10/5/2016 between Dalton, Autrey and Gus Conde |
| John Atwater | JGA000029<br>JGA000744<br>JGA000090<br>JGA000126<br>JGA000131<br>JGA0002564<br>JGA0001555<br>JGA000323-JGA000324<br>JGA000027<br>JGA000077<br>JGA000219<br>JGA000225<br>JGA000377<br>JGA000351<br>JGA000828<br>JGA000771<br>*Note: it appears that the entire production with JGA bates numbers is missing* |
| Kyle Black | JGA-000735<br>JGA-744<br>JGA-797<br>JGA-821<br>JGA-807<br>JGA-798 |
| John Miller | email dated 9/2/2014 at 12:00PM which was referenced in the relator's disclosure;<br>email dated 9/2/2014 at 12:08PM which was referenced in the relator's disclosure |
| Jason Montone | email - VANESSA DUDLEY<br>LABELED NUMBER 7<br>SF-MON-00000120<br>IME-OATH-192894<br>MACKHAY CHECKS EXHIBIT<br>IME-OATH-196693 |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 10 of 12

| | |
|---|---|
| Autumn Hornyack | ATTACHMENT C,  DATED: 9/16/2015<br>9/13/2017 Medical Staff Financial Conflict of Interest Disclosure and Certification Form<br>9/25/2019 Medical Staff Financial Conflict of Interest Disclosure and Certification Form |
| Vito Lore | Document with subject: Inspan — Coating (Meeting with John) |
| Jake Lubinski | CCS-DOJ-00022142 |
| Zach Mikesell | Text messages between Mikesell and Dalton<br>dated 5/3/2018<br>dated 2/19/2016<br>dated 11/12/2015 |
| Jacob Rosenstein | email chain beginning on July 26. 2016 from Corazon Ramirez with the subject "Saint Camillus";<br>email from Scott Autrey to Aditya Humad dated January 6, 2016;<br>email from Scott Autrey to Aditya Humad dated June 23, 2015;<br>email from Scott Autrey to Aditya Humad dated June 23,  2015;<br>email chain beginning on July 16. 2019 from Cora Galindo - Corazon Ramirez and Manuel Green with the subject "MEG-LOP - Bradford J. Insurance Information - be produced";<br>email chain beginning on September 21, 2015 from himself - Kevin Chappuis and Scott Autrey with the subject "Fractured screw";<br>email chain beginning on February 13, 2014 from Scott Autrey - Rosenstein with the subject "Spine Frontier and IME consulting agreement";<br>email chain beginning on April 18, 2014 from Dr. Kingsley Chin - Marc Pelletier and Aditya Humad with the subject "Dr Sheeraz and others";<br>email from May 6,  2014 from Aditya Humad - Rosenstein with the subject "Dr Rosenstein Follow-Up";<br>copy of his consulting agreement with impartial Medical Experts, dated March 17,  2014;<br>email chain beginning on February 13, 2014 from Scott Autrey - Rosenstein with the subject "Spine Frontier and IME consulting agreement";<br>email chain between Dr. Kingsley Chin, Aditya Humad, Shyam Desigan and Rosenstein with the subject "Royalty Agreement." |
| Michelle Jereczek | Excel spreadsheet associated with SF-MCF-00023913 |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 11 of 12

| | |
|---|---|
| Agha Khan | a letter informing Kahn that his consulting services were being switched from SF to IME dated October 2013. A new contract was attached - this letter;<br>signed IME agreement dated April 1, 2014;<br>email from February 29, 2016. |
| Vivek Kushwaha | Timesheets |
| Jacqueline Mariano | email dated 02/29/2016 from Frank Schnur at SF |
| Michael Bacha | email sent - Bacha on 04/15/2015 from JENNA SANTARELLI;<br>email which Bacha had sent - DUDLEY on 6/10/2016;<br>email from 04/15/2018 congratulating ROSENSTEIN on his122nd T-lift lumbar peak interbody cage case evaluation;<br>feedback which KUSHWAHA had entered on IME spanning eight months from January - August of 2017;<br>IME feedback from KUSHWAHA for June through September of 2018;<br>feedback KUSHWAHA left on IME for July of 2018 which read "had good discussion w team on new screwdriver" |
| Michael Murray | Document: June 15, 2013<br>SpineFrontier Consulting Agreement<br>Timesheet listing "month submitted for 2/1/2014"<br>Timesheet listing "month submitted for 4/1/2014"<br>Email dated April 4, 2014, subject RE: IME Users |
| Dhruv Patedar | "Form A" (that does not have any Bates numbers)which depicts consulting hours that he submitted – SF;<br>Electronic timesheet submitted for February 2014 on March 4, 2014;<br>Electronic timesheet submitted for December 2014 on January 6, 2015;<br>Electronic timesheet submitted for April 2015 on May 11, 2015 |
| Marc Pelletier | AK-401 |
| Joseph Shehadi | Timesheet page 358 — Month submitted for: 7/1/2014<br>Timesheet page 353 — Month submitted for: 8/1/2014<br>Timesheet page 357 — Month submitted for: 9/1/2014<br>Timesheet page 354 — Month submitted for: 10/1/2014<br>Timesheet page 350 — Month submitted for: 11/1/2014<br>Timesheet page 355 — Month submitted for: 2/1/2015 |
| Jason Tinley | Timesheets:<br>Month submitted for: 10/1/2014<br>Month submitted for: 9/1/2014<br>Month submitted for: 12/1/2014 |

Patrick Callahan, Esq., et al.
February 28, 2023
Page 12 of 12

| | Month submitted for: 6/1/2015 |
|---|---|
| Matthew Wasserman | Timesheets |

Please let us know if you have any questions.  Thanks for your attention to these matters.

Sincerely,

William W. Fick

cc:    Clerk, U.S. District Court (by ECF)
       Daniel Marx. Esq.
       Barry Pollack, Esq.
       Joshua Solomon, Esq.