UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

|  |  |  |
|---|---|---|
| UNITED STATES OF AMERICA, | ) ) ) | No. 1:21-cr-10256-IT |
| Plaintiff, | ) ) |  |
| v. | ) ) ) |  |
| KINGSLEY R. CHIN, ADITYA HUMAD, and SPINEFRONTIER, INC., | ) ) ) ) |  |
| Defendants. | ) ) |  |

**NOTICE OF WITHDRAWAL OF APPEARANCE**

Notice is hereby given that Assistant United States Attorney David J. Derusha withdraws his appearance as counsel for the United States of America in the above-captioned matter.

Respectfully submitted,

JOSHUA S. LEVY
Acting United States Attorney

Dated: November 22, 2023    By:    /s/ David J. Derusha
DAVID J. DERUSHA
Assistant United States Attorney
United States Attorney's Office
1 Courthouse Way, Suite 9200
Boston, MA 02210
(617) 748-3104
david.derusha@usdoj.gov