# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

|  |  |
|---|---|
| UNITED STATES OF AMERICA, | ) )  ) |
| v. | ) )  Criminal No. 1:21-cr-10256-IT |
| KINGSLEY R. CHIN,<br>ADITYA HUMAD, and<br>SPINEFRONTIER, INC., | ) ) ) ) |
| Defendants. | ) ) ) |

## DEFENDANTS' MOTION TO DISMISS COUNT EIGHT

Defendants Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc. respectfully submit this motion to dismiss Count Eight of the Indictment.

In accordance with Local R. 7.1(b)(1), defendants respectfully submit herewith a memorandum in support of this motion.

Respectfully submitted,
/s/ Joshua L. Solomon
Barry S. Pollack (BBO #642064)
Joshua L. Solomon (BBO #657761)
POLLACK SOLOMON DUFFY LLP
31 St. James Avenue, Suite 940
Boston, MA 02116
(617) 439-9800
bpollack@psdfirm.com
jsolomon@psdfirm.com

/s/ William W. Fick
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

## Certificate of Service

The undersigned certifies that this document, filed through the ECF system, will be electronically served on counsel who are registered users of ECF on January 26, 2024.

/s/ Joshua L. Solomon

## Local Rule 7.1 Certification

The undersigned certifies that counsel for the defendants conferred in good faith with counsel for the government on multiple occasions by email, letters, and phone/video conferences concerning this motion, and were unable to resolve or further narrow the issues presented herein.

/s/ Joshua L. Solomon