1

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

_____

UNITED STATES OF AMERICA,                    )
                                             )
          Plaintiff,                         )
                                             )
     v.                                      )     Criminal Action No.
                                             )     1:21-cr-10256-IT
KINGSLEY R. CHIN, ADITYA HUMAD, and          )
SPINEFRONTIER, INC.,                         )
                                             )
          Defendants.                        )
                                             )

_____


     BEFORE THE HONORABLE INDIRA TALWANI, DISTRICT JUDGE


                PRETRIAL VIDEOCONFERENCE



                 Monday, January 29, 2024
                      2:45 p.m.






John J. Moakley United States Courthouse
Courtroom No. 9
One Courthouse Way
Boston, Massachusetts


Robert W. Paschal, RMR, CRR
Official Court Reporter
rwp.reporter@gmail.com

**A P P E A R A N C E S**

On behalf of the Plaintiff:

    UNITED STATES ATTORNEY'S OFFICE
    BY:  PATRICK M. CALLAHAN
        CHRISTOPHER R. LOONEY
        ABRAHAM R. GEORGE
    One Courthouse Way
    Suite 9200
    Boston, MA  02210
    (617) 748-3100
    patrick.callahan@usdoj.gov
    christopher.looney@usdoj.gov
    abraham.george@usdoj.gov


On behalf of the Defendant Kingsley R. Chin and
SpineFrontier, Inc:

    POLLACK SOLOMON DUFFY LLP
    BY:  BARRY S. POLLACK
        JOSHUA L. SOLOMON
    31 St. James Avenue
    Suite 940
    Boston, MA  02116
    (617) 439-9800
    bpollack@psdfirm.com


On behalf of the Defendant Aditya Humad:

    FICK & MARX LLP
    BY:  WILLIAM W. FICK
        DANIEL N. MARX
    24 Federal Street
    4th Floor
    Boston, MA  02110
    (857) 321-8360
    wfick@fickmarx.com
    dmarx@fickmarx.com

1            **P R O C E E D I N G S**

2            (In open court at 2:45 p.m.)

3            THE DEPUTY CLERK:  United States District Court is

4    now in session, the Honorable Judge Indira Talwani presiding.

5            This is Case Number 21-cr-10256, United States v.

6    Kingsley R. Chin, Aditya Humad, and SpineFrontier, Inc.  Will

7    counsel please identify themselves for the record.

8            MR. CALLAHAN:  Good afternoon, Your Honor.  Patrick

9    Callahan for the United States.

10            THE COURT:  Good afternoon.

11            MR. LOONEY:  Good afternoon.  Chris Looney for the

12    United States.

13            THE COURT:  Good afternoon.

14            MR. GEORGE:  Good afternoon, Your Honor.  Abraham

15    George for the United States.

16            THE COURT:  Good afternoon.

17            MR. POLLACK:  Good afternoon, Your Honor --

18            MR. FICK:  William Fick and Daniel Marx for Aditya

19    Humad.

20            THE COURT:  I'm not sure you got that down,

21    Mr. Paschal.

22            Let's try that again.

23            MR. FICK:  Good afternoon, Your Honor.  William

24    Fick and Daniel Marx for Aditya Humad.

25            THE COURT:  Good afternoon.

1          MR. POLLACK:  Good afternoon, Your Honor.  Barry

2   Pollack on behalf of Dr. Kingsley Chin and SpineFrontier,

3   Inc.

4          THE COURT:  Good afternoon.

5          MR. SOLOMON:  And good afternoon, Your Honor.

6   Joshua Solomon also on behalf of SpineFrontier and Dr. Chin.

7          THE COURT:  Good afternoon.

8          So I see the motions that we had set deadlines for

9   have been filed.  I have not had a chance to review those

10  filings yet.  I was trying to remember what we were trying to

11  get done today.  I think the hope was maybe after you had --

12  were working through preparing for those motions and talking

13  with each other, maybe some things would be resolved.

14         But that's where we are, and I will let any of you

15  speak up and tell me what we can get moving on this today

16  still.

17         MR. CALLAHAN:  Your Honor, I guess I'll go first

18  for the government.  I think, yeah, we had the same question.

19  I think the parties have talked over the last few weeks.

20  Some motions were filed on Friday.

21         I guess, just from the government's perspective, if

22  the Court was going to have an argument or hearing, we had

23  floated some dates to defense counsel earlier today.  I'm not

24  sure that -- whether they had time to talk about them to see

25  what worked, but that's sort of where we were at this point.

1          THE COURT:  Is there -- the -- other than the

2    convenience of our all being together, is there any reason

3    the motions need to be addressed together?

4          MR. CALLAHAN:  Other -- I think -- well,

5    Your Honor, I guess, you know, I'd be welcome to hear from

6    defense counsel.  I think the two motions to dismiss that

7    they filed have been signed by Mr. Humad and Dr. Chin and

8    SpineFrontier, so I think they're moving on behalf of all

9    parties.  From the government's perspective, I believe that's

10   the case as well for its motion to, you know, set a deadline

11   for the election of advice of counsel.

12         THE COURT:  I guess my question was the motions to

13   dismiss versus the motions for advice of counsel are separate

14   issues or sufficiently overlying issues that I should be

15   addressing them together?  I haven't opened them.

16         MR. CALLAHAN:  Sure.  I don't -- I think the

17   motions to dismiss, I'm guessing defense counsel would say

18   those have some overlap with one another.  You know, because,

19   obviously, the government isn't seeking to dismiss anything

20   and isn't -- isn't addressing any of the issues raised in the

21   defendants' motions that they're not -- I would, you know,

22   agree that they're not overlapping.

23         THE COURT:  Okay.  And did we set a briefing

24   schedule, or are we just on our ordinary two-week turnaround?

25         MR. CALLAHAN:  I believe, Your Honor, if I'm

1  remembering correctly, the opposition briefs for all three

2  are due on February 16th; but if I'm wrong, I'm sure someone

3  will speak up.

4          THE COURT:  Okay.  Let's do this.  Let's go ahead

5  and set a date in early March to try and address these.  If

6  I'm not ready to do it at that time, we might need to move

7  them, but let me try and see if we can work with that.

8          THE DEPUTY CLERK:  Your Honor, are you expecting me

9  to be looking at the calendar and giving you a motion hearing

10  date?

11          THE COURT:  Please.

12          THE DEPUTY CLERK:  All right.  I'm doing that.

13  Thank you.

14          You have a very, very busy calendar, Your Honor.

15          THE COURT:  I know.

16          THE DEPUTY CLERK:  My goodness.  I apologize for

17  the delay.

18          Oh, Your Honor, we can do the morning of the 20th

19  if the two-day trial set on the 18th, in fact, does go two

20  days.  I don't know if you want to risk --

21          THE COURT:  How about the morning of the 22nd?  Is

22  that open?

23          THE DEPUTY CLERK:  Perfect.  Yes, Your Honor.

24  Eleven o'clock?

25          MR. CALLAHAN:  Your Honor, could we have -- I just

1    want to check.  There was -- there were -- I think that's a

2    school vacation week for some -- some counsel's kids.

3              THE COURT:  Okay.

4              MR. CALLAHAN:  And I just want to check.  I think

5    Mr. Looney may have a conflict there.

6              MR. LOONEY:  I'm sorry.  I have a different spring

7    break schedule than a lot of people, but I may be trying to

8    travel with my kids then.

9              THE COURT:  Okay.

10             MR. CALLAHAN:  And if there is anything earlier

11   on -- the government had floated some days in late February,

12   understanding that was just in terms of its earliest

13   availability after the oppositions.  I don't know what the

14   Court's calendar is, obviously.  So it's not that we're

15   trying to push it out, but even if there was something in the

16   first week, I don't know if there's any availability at

17   that --

18             MR. POLLACK:  That's difficult for at least myself,

19   Your Honor, the late February, early March, because of a

20   trial commitment.  So if we can't do the week of the 20th,

21   22nd, I would ask for the following week.

22             THE DEPUTY CLERK:  Your Honor, I have the morning

23   of March 29th available.

24             THE COURT:  I think we're looking -- they're trying

25   to see if we can do the week of the 4th.

```
 1              Is that what you were suggesting?
 2              MR. POLLACK:  Your Honor, that's what I said I
 3   wouldn't be an able to do, is the last week of February,
 4   first week of March.
 5              THE COURT:  Oh, for both of those weeks.  Okay.  I
 6   see.
 7              MR. POLLACK:  I have trial, and trial preparation
 8   might even spill into the second week of March.
 9              THE COURT:  All right.  Then we're looking at
10   March 29th, right?
11              MR. POLLACK:  Yes.
12              THE DEPUTY CLERK:  Eleven o'clock, Your Honor?
13              THE COURT:   (Nods head.)
14              MR. GEORGE:  Your Honor, I'm sorry; I live in
15   Newton, where there's no school currently for forever; and
16   there's not going to be any school on the 29th because of
17   Good Friday, so that date would be tough.
18              THE COURT:  I'm sorry; is Good Friday the holiday,
19   not a half day?
20              MR. GEORGE:  It's a full day off, unfortunately.
21   Maybe they'll change it now in light of them not being in
22   school for seven days.
23              THE COURT:  Okay.  Let's do this.  Let's do the
24   28th, morning.  I know we have something else there as well,
25   but let's squeeze it in.  What time is the -- I have a
```

1    supervised release.  What time is that?

2              THE DEPUTY CLERK:  That's at eleven o'clock,

3    Your Honor.

4              THE COURT:  Let's do this at 10:00 on the 28th.

5              MR. CALLAHAN:  That works.  Thank you.

6              THE COURT:  Okay.

7              MR. GEORGE:  Thank you.

8              THE COURT:  I have a question for all of you about

9    the trial date.  After pressuring you about -- I think you

10   came in here asking for late September, and I pushed you

11   earlier.  I'd now like to push you back.  And have we given

12   up that time?

13             MR. CALLAHAN:  I think from the -- Your Honor, are

14   you asking us?  I apologize.

15             THE COURT:  Both sides, if we could push it two or

16   three weeks.

17             MR. CALLAHAN:  The government would be able to do

18   that, Your Honor.

19             THE COURT:  Defense counsel?

20             MR. SOLOMON:  I'm not seeing any conflict for me,

21   but I can only speak for me.

22             MR. POLLACK:  My calendar is moving slowly, but I

23   take it, Josh, that means the Delaware case is not on for

24   October, right?

25             MR. SOLOMON:  That's correct, yes.

1          MR. POLLACK:  The font on my calendar -- I'm

2    scrolling through it, and I just didn't get there yet.

3          MR. SOLOMON:  It's earlier, yes.

4          MR. POLLACK:  That was the only one I was concerned

5    about.

6          Oh, we had -- we had time booked into October.

7    That's right.  So I have to look beyond that -- right? -- not

8    just a week or two.

9          MR. SOLOMON:  I think we had told Your Honor four

10   to five weeks, I believe is what we said, so we have

11   everything blocked off.

12         THE COURT:  I have you down for four weeks.  And my

13   question is can I push it, the whole trial, by three weeks so

14   we start on the 30th instead of the 9th?

15         MR. POLLACK:  I do not -- Mr. Solomon and I do not

16   have a conflict.  That would work for us.  But we haven't had

17   a chance to ask our client, but I'm -- I know Mr. Humad's

18   here for -- I don't know if --

19         MR. FICK:  Rosh Hashanah and Yom Kippur land in the

20   first two weeks of October.

21         MR. SOLOMON:  And I think we discussed that last

22   time.  I think the anticipated original date would have

23   brought us into that, and we were just going to see how it

24   was going and adjust for that, if I remember --

25         THE COURT:  I have Rosh Hashanah down on the 2nd.

1   Is that wrong?

2          MR. FICK:  The 2nd and 3rd, and then Yom Kippur

3   would be the following week.

4          THE COURT:  So we have that conflict anyway for the

5   2nd and 3rd.

6          If we started not the 30th but the 7th and didn't

7   sit on -- for Yom Kippur, does that work for everyone?

8          MR. SOLOMON:  Your Honor, just so we're all on the

9   same page in terms of looking at conflicts, we're looking

10  from the 7th, essentially, through the end of October?

11  That's what we're looking to block off?

12         THE COURT:   (Nods head.)

13         MR. SOLOMON:  That would work for me.

14         MR. CALLAHAN:  Your Honor, I'm just reading the

15  faces of my colleagues, and I don't see anyone, looks like,

16  they have a problem with that, so the government would do

17  that.

18         THE COURT:  Mr. Fick, you're on mute.

19         MR. FICK:  (Muted.)

20         MR. POLLACK:  Still on mute.

21         THE COURT:  Unless you're not talking to us, which

22  is possible.

23         MR. FICK:  I'm on Wi-Fi in the courthouse, and

24  there's been some issues with the speaker.  Anyway, can the

25  Court hear now?

1           THE COURT:  Now I can.

2           MR. FICK:  Okay.  So the concern was around Yom

3   Kippur.  As long as we cannot sit on Yom Kippur, that would

4   work for Mr. Humad's counsel.

5           THE COURT:  Okay.  So moving to the 7th, then.

6           THE DEPUTY CLERK:  I apologize, Your Honor --

7           THE COURT:  What I would actually like to do, just

8   to -- so we don't have such a short week the week of the 7th,

9   I'd like to stick with jury selection on the 30th and then

10   start the trial on the 7th.  And I think for a four-week

11   trial to give people a chance to get their lives in shape is

12   probably a useful thing to do.

13           Any objection to that?

14           MR. CALLAHAN:  Nothing from the government,

15   Your Honor.  That works.

16           MR. SOLOMON:  No, Your Honor.

17           THE COURT:  Okay.  So, Ms. Marchione, that's what

18   we'll do, start the 30th, and then we will start the trial on

19   the 7th.

20           THE DEPUTY CLERK:  October 7th?  Thank you,

21   Your Honor.

22           THE COURT:  Okay.  All right.  Anything else?

23           See everyone at the end of February.

24           MR. FICK:  Thank you, Your Honor.

25           MR. SOLOMON:  End of March, right?

1              MR. CALLAHAN:  End of March.

2              THE COURT:  Sorry.  End of March.

3              MR. SOLOMON:  Thank you, Your Honor.

4              MR. MARX:  Thank you, Your Honor.

5              THE COURT:  We're in recess.

6              (Court in recess at 2:59 p.m.)

1            **CERTIFICATE OF OFFICIAL REPORTER**

2

3

4            I, Robert W. Paschal, Registered Merit Reporter and

5     Certified Realtime Reporter, in and for the United States

6     District Court for the District of Massachusetts, do hereby

7     certify that pursuant to Section 753, Title 28, United States

8     Code, the foregoing pages are a true and correct transcript

9     of the stenographically reported proceedings held in the

10    above-entitled matter and that the transcript page format is

11    in conformance with the regulations of the Judicial

12    Conference of the United States.

13

14                         Dated this 27th day of

15    February, 2024.

16

17

18

19

20                         /s/ Robert W. Paschal

21                         _____

                           ROBERT W. PASCHAL, RMR, CRR
22                         Official Court Reporter

23

24

25