UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| | ) | |
| v. | ) | No. 1:21-cr-10256-IT |
| | ) | |
| KINGSLEY R. CHIN, and | ) | |
| ADITYA HUMAD, | ) | |
| | ) | |
| Defendants | ) | |

**GOVERNMENT'S MOTION TO SEAL ITS FORTHCOMING MOTION *IN LIMINE* TO PRECLUDE CROSS-EXAMINATION OF GOVERNMENT WITNESSES REGARDING CRIMINAL OFFENSES**

The government respectfully requests leave to file under seal Exhibits A through D of its forthcoming Motion *in Limine* to Preclude Cross-Examination of Government Witnesses Regarding Criminal Offenses.

These exhibits consist of the criminal records of four individuals that the government anticipates calling at the upcoming trial. To protect these witnesses from embarrassment and to prevent these records from becoming a part of the public record, the government respectfully requests leave to file these exhibits under seal.

Pursuant to Local Rule 7.1, the government has conferred with counsel for the defendants regarding the relief requested in this motion. Defendants do not oppose the motion to seal, but reserve the right to seek to unseal these materials at a later date.

Dated: February 18, 2025

Respectfully submitted,

UNITED STATES OF AMERICA,

By its attorney,

LEAH B. FOLEY
United States Attorney

*/s/ Chris Looney*
MACKENZIE QUEENIN
ABRAHAM R. GEORGE
CHRISTOPHER LOONEY
Assistant U.S. Attorneys
1 Courthouse Way
John Joseph Moakley U.S. Courthouse
Boston, MA 02210
(617) 748-3100

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that I caused this document to be filed through the ECF system on February 18, 2025.

*/s/ Chris Looney*
CHRISTOPHER LOONEY