UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>KINGSLEY R. CHIN and<br>ADITYA HUMAD,<br>    *Defendants*. | No. 1:21-cr-10256-IT |

**NOTICE OF APPEARANCE OF COUNSEL
ON BEHALF OF FORMER DEFENDANT SPINEFRONTIER, INC.'s**

    Please enter the appearance of Robert L. Peabody of Husch Blackwell LLP, One Congress Street, Suite 3102, Boston, Massachusetts 02114, and hereby for former Defendant SpineFrontier, Inc., with respect to the above-entitled proceeding.

| | |
|---|---|
| Dated: March 6, 2025 | Respectfully submitted,<br>SpineFrontier, Inc.,<br>By its counsel,<br><br>HUSCH BLACKWELL LLP<br><br><br>*/s/ Robert L. Peabody*<br>_____<br>Robert L. Peabody<br>MA #551936, NY #1990654<br>HUSCH BLACKWELL LLP<br>One Congress Street, Suite 3102<br>Boston, Massachusetts 02114<br>617.720.5090<br><br>*Attorneys for Spinefrontier, Inc.* |