**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MASSACHUSETTS**

|  |  |
|---|---|
| UNITED STATES<br><br>v.<br><br>KINGSLEY R. CHIN and<br>ADITYA HUMAD,<br>     *Defendants*. | No. 1:21-cr-10256-IT |

<u>**DEFENDANT ADITYA HUMAD'S RESPONSE TO COURT ORDER [D.E. 290]**</u>

In response to this Court's Order [D.E. 290], Defendant Aditya Humad states that he agrees with the prosecution that, to allow for his defense while preserving Defendant Kingsley Chin's rights, the trial should be severed [D.E. 281], and he further states that Dr. Chin's trial should be scheduled before Mr. Humad's trial – and, thus, before any privileged communications are disclosed as a result of Mr. Humad's defense.

Respectfully submitted,

**ADITYA HUMAD**

By his attorneys,

/s/ *William Fick*
Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA   02110
(857) 321-8360
*dmarx@fickmarx.com*
*wfick@fickmarx.com*

**CERTIFICATE OF SERVICE**

I, William W. Fick, hereby certify that on March 6, 2025, I caused the foregoing document to be filed through the ECF system, and it will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ William W. Fick*