# EXHIBIT A

# Support Letters for Aditya Humad


Cameron, Julian ....................1

Chin, Kingsley ....................3

Dungarwal, Harsh ....................6

Dungarwal, Shreya....................8

Francis, Richard ....................10

Gabriel, Josue....................13

Jain, Ankush....................16

Jain, Sushil ....................18

Lalljee, Aziz ....................21

Lam, Keisha ....................23

Lore, Vito ....................24

Mustari, Jeffrey ....................28

Pangarkar, Swapnil ....................30

Patino, Rodrigo ....................33

Raikar, Soubrata....................36

Sharma, Shweta....................39

Siwek, Steven....................47

Spayde, Erik....................48

Thompson, Sandra ....................51

Vaswani, Nitesh....................53

June 16, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I am writing in support of Aditya Humad, someone I have known for more than 15 years through both professional and personal connection. I first met Aditya in 2009 through our shared connection and mentorship under Dr. Chin. We were both influenced by Dr. Chin's mentorship and shared a belief in hard work, personal responsibility, and the importance of contributing something meaningful through our respective careers. Over time, those shared values extended beyond work and became the foundation of a lasting friendship built on mutual respect, trust, and a commitment to family.

In the years that followed, Aditya and I remained in close contact through professional collaboration, shared experiences, and regular conversations. Our friendship deepened through a mutual commitment to family, personal growth, and supporting one another through both successes and challenges.

Over the years, I have watched Aditya dedicate an extraordinary amount of time and energy to supporting physicians, educational initiatives, and the broader mission of improving patient care through minimally invasive spine treatment. His contributions were often behind the scenes, but they were meaningful to many physicians, including me. Having known both Dr. Chin and Aditya for many years, I observed that they brought very different strengths to the organization. Dr. Chin was the driving force behind the clinical vision and innovation, while Aditya was often the person working behind the scenes to support physicians, coordinate efforts, solve problems, and help turn that vision into something practical and sustainable. That complementary dynamic was evident throughout my involvement with the company.

My involvement with the organization over the years was entirely voluntary. As both a physician and an investor, I had the opportunity to observe the company, its leadership, and its culture firsthand. I remained involved because I believed in the mission, valued the relationships I developed, and trusted the people I worked alongside. Aditya played an important role in building that trust through his consistency, responsiveness, and genuine commitment to the physicians and employees around him.

What has impressed me most is not any single interaction, but the consistency of his character over time. Whether I was speaking with him fifteen years ago or fifteen days ago, I have found him to be the same person—thoughtful, dependable, respectful, and willing to help others.

He has been a trusted source of support and guidance for me and for many other surgeons, both personally and professionally. One example that stands out occurred during a particularly difficult period in my career when I was navigating significant professional and personal challenges. I remember speaking with him on multiple occasions during that period, sometimes late in the evening or while he was traveling. Despite carrying significant responsibilities of his own, he consistently made time to listen, offer perspective, and help me think through difficult decisions. He had nothing to gain from those conversations. He simply showed up as a friend. That willingness to invest time in others, particularly when they are struggling, is one of the qualities I respect most about him.

I have also watched Aditya maintain relationships with physicians long after any business reason for doing so had disappeared. Many of us continued to seek his friendship and perspective because he earned our trust over many years. We knew he would be candid, thoughtful, and willing to help, regardless of whether there was any business reason to do so.

While I understand the seriousness of the matter before the Court and do not seek to minimize it, I believe it is important to consider the entirety of a person's life and character. The Aditya I have known for more than fifteen years has consistently treated others with respect, integrity, generosity, and compassion. He has been a loyal friend, a trusted colleague, and a source of support to many people, including myself. Based on my years of personal and professional experience with him, the conduct underlying this case is not consistent with the person I have come to know. I respectfully ask the Court to consider that perspective when determining an appropriate sentence.

Thank you for your time and consideration.

Sincerely,



**Julian A. Cameron, MD FAAOS**

978.232.3990
Investor@KICVentures.com
6550 N Federal Hwy, Ste #510,
Fort Lauderdale, FL, 33308
www.KICVentures.com

KIC VENTURES
Healthtech Investments
Advancing Interventional Spine Surgery Innovations Since 2013

July 27th, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I am moved to write this letter on behalf of Mr. Aditya Humad. First, I want to express my gratitude for the fairness, humanity, and wisdom you demonstrated throughout my case. The experience has profoundly impacted my life. It strengthened my commitment to compliance, accountability, ethical leadership, and service to society. I continue to reflect on those lessons daily.

It is in that same spirit that I write to provide perspective regarding Aditya, whom I have known for more than twenty years as a student, mentee, colleague, and friend.

I first met Aditya while I was serving as Chief of the Spine Surgery Division in Orthopedics at the University of Pennsylvania and as an Assistant Professor of Orthopedic Surgery. At the time, Aditya was an exceptionally driven engineering student pursuing biomedical engineering and aspiring to enter the combined Wharton and University of Pennsylvania business and engineering program.

He approached me with an innovative idea involving a viscoelastic spinal disc concept utilizing nitinol technology. I immediately recognized his intelligence, creativity, and genuine desire to improve patient care through innovation. I agreed to mentor him and another student through a semester of research and development work focused on spinal implant technologies, patent analysis, commercialization pathways, and clinical application.

KIC VENTURES
Healthtech Investments
Advancing Interventional Spine Surgery Innovations Since 2013
978.232.3990
Investor@KICVentures.com
6550 N Federal Hwy, Ste #510,
Fort Lauderdale, FL, 33308
www.KICVentures.com

What stood out to me even then was not only his intellect, but his willingness to work through difficult realities without discouragement. We discussed the immense complexity, regulatory burden, financial risk, and scientific hurdles involved in bringing medical technologies to patients. We explored the reality that meaningful innovation in healthcare requires years of sacrifice, immense capital, FDA oversight, clinical trials, and constant risk management. Rather than being discouraged, Aditya became even more committed to pursuing a life dedicated to innovation and healthcare advancement.

He ultimately graduated from Wharton and went on to work at JP Morgan in healthcare investment banking. Several years later, after I founded SpineFrontier, I recruited Aditya to join the company and assist with the financial and operational challenges of building an early-stage medical technology business. Leaving New York City and a prestigious career path for the uncertainty of a startup medical device company was a bold decision that reflected his belief in our mission and willingness to take personal risk in pursuit of something larger than himself.

Over the past fifteen years, I witnessed him grow professionally as the organizations I founded expanded in size and complexity. Our mission was to develop technologies and treatment pathways intended to improve the lives of patients suffering from debilitating spinal disease. These conditions include spinal stenosis, instability, degenerative disc disease, nerve compression, and other disorders that can severely impact quality of life.

The work has been extraordinarily demanding and highly regulated. Building and operating medical device companies involves constant oversight across engineering, manufacturing, FDA compliance, physician education, quality systems, finance, legal matters, sales operations, reimbursement, clinical research, and patient safety. It is an environment filled with complexity, pressure, and risk where mistakes can carry significant consequences.

Over the years, I watched him transform from a young analyst into an executive working on increasingly complex financial and operational responsibilities. As the company expanded, specialized teams were added across finance, regulatory affairs, quality management, legal,

978.232.3990
Investor@KICVentures.com
6550 N Federal Hwy, Ste #510,
Fort Lauderdale, FL, 33308
www.KICVentures.com
KIC VENTURES
Healthtech Investments
Advancing Interventional Spine Surgery
Innovations Since 2013

engineering, and physician education. The organizations eventually operated across multiple states and internationally throughout the Caribbean, Latin America, Europe, and Australia. All the while, Aditya remained deeply hardworking, intellectually curious, and committed to supporting the mission of helping physicians improve patient care.

The investigation and legal proceedings over the past 10 years have been difficult for everyone involved. Yet even through these challenges, I have witnessed growth, reflection, humility, and perseverance in him. I do not believe this experience defines the entirety of who he is as a human being.

I respectfully ask the Court to consider the totality of his character, his decades of hard work, his contributions toward medical innovation, the lives he has positively impacted, and his capacity to continue contributing meaningfully to society moving forward.

I firmly believe Aditya has learned deeply from this process and will dedicate the remainder of his professional and personal life toward operating with greater wisdom, discipline, compliance, and responsibility.

Thank you, Your Honor, for taking the time to consider my perspective.

Respectfully,

Kingsley R. Chin

Professor Dr. Kingsley R. Chin, MD
Founder and CEO, KIC Ventures
Orthopedic Spine Surgeon

June 12, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

My name is Harsh Dungarwal. I am an engineer by profession and have spent more than four decades working in the healthcare industry, primarily with Philips Healthcare in the Middle East.

I am writing in support of my son-in-law, Aditya Humad.

I first met Aditya in Dubai in 2021 when he visited our family as part of his relationship with my daughter, Shreya. Like any father, I wanted to understand the kind of person he was before welcoming him into our family. What impressed me most was not his education or professional accomplishments, but the way he carried himself. He was respectful, humble, thoughtful, and genuinely interested in getting to know our family. It was clear how much he cared for my daughter and how much respect they had for one another.

Shortly after that visit, and soon after their engagement, our family learned of the legal situation he was facing. The news came as a complete surprise and naturally raised concerns about the future they were planning together. Rather than allowing that moment alone to define my opinion of him, I chose to continue getting to know him and to observe how he handled the challenges that followed.

Over the years, I came to know Aditya not during the easiest period of his life, but during one of the most difficult. What impressed me was his character during that time. Despite uncertainty, financial pressure, and the emotional burden that this process placed on him and my daughter, he remained steady, supportive, and committed to the people around him.

Since their marriage in 2022, my wife and I have spent considerable time with Aditya and Shreya in Boston. Through those visits, I have seen him as a devoted husband and a caring member of both families. I watched him support my daughter through a difficult skin condition and the emotional challenges that accompanied it. He was patient, attentive, and consistently focused on her well-being.

I have also seen the importance he places on family. Although he lives far from his parents, he remains closely connected to them and attentive to their needs. He remembers birthdays, checks in with relatives, participates in family gatherings and religious

ceremonies remotely when he cannot be present, and makes a genuine effort to stay connected. I remember occasions when he arranged for favorite chocolates and small gifts to be sent to his niece and nephew through friends traveling from Boston simply because he knew it would make them happy.

These may seem like small things, but they tell you a great deal about who Aditya is. He pays attention to people. He values relationships. He shows up for others even when he is carrying difficulties of his own.

Another quality I admire is his humility. Throughout the years I have known him, I have never seen him motivated by status, luxury, or material success. Despite the significant financial burden created by this situation, he and Shreya chose to live modestly and manage their obligations themselves. Like many young couples, they had hoped to begin building a family together, but much of that time has instead been overshadowed by uncertainty and stress.

As a father, I would not support someone whom I believed lacked character or posed a risk to my daughter's future. Having observed Aditya closely through some of the most challenging years of his life, I remain confident in the person he is and the values he lives by.

I remain confident in Aditya's character and in the future he and Shreya are working to build together. I respectfully ask the Court to consider the perspective I have shared when determining an appropriate sentence.

Respectfully,

Harsh Vardhan

Harsh Dungarwal

June 11, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I am writing this letter in support of my husband, Aditya Humad.

Aditya was indicted and arrested just two days after our engagement in September 2021. The news came as a complete shock, and it was something neither of us nor our families were prepared for. Even in those first difficult moments, I remember receiving a message from him asking me to stay calm and stay connected with his sister while he handled the release process and the uncertainty ahead. Despite what he was facing, his first concern was for the people he loved.

My decision to remain by Aditya's side and eventually marry him was both the most difficult and the easiest decision of my life. It was difficult because I understood the risks and challenges that lay ahead after reading the indictment myself. I knew there could be years of legal battles, uncertainty, and hardship. I also knew that moving to the United States would mean leaving behind my family and support system. Yet it was easy because, through all of it, Aditya still felt like home.

After the indictment, I had many difficult conversations with my parents and family. They encouraged me to think carefully about the future and make my own decision. They knew there would be uncertainty and challenges ahead. Over time, however, they came to know Aditya themselves and developed their own confidence in his character. Their support gave me comfort because it reinforced what I already believed—that despite the circumstances, he was still the same thoughtful, caring, and dependable person I had fallen in love with.

Our marriage and much of our relationship have existed under the shadow of this case. We have endured years of uncertainty and the many limitations that came with it. Despite this, Aditya has remained remarkably positive, patient, and resilient. Many of the experiences newly married couples take for granted—traveling together, attending family celebrations abroad, and building memories with loved ones overseas—have largely been unavailable to us because of the restrictions surrounding this case.

What I admire most about Aditya is not how he handles major events, but how he approaches everyday life. Despite years of uncertainty, he remains disciplined, optimistic, and focused on caring for the people around him. He starts most mornings early, prioritizes his health, stays connected with both of our families, and approaches challenges with a level-headedness that brings stability to our home. Even during difficult periods, he has never allowed this case to define our daily lives or our future.

One thing that has always stood out to me is the way he values relationships. Many of my extended family members, including my grandmother, have never had the opportunity to meet him in person because they are unable to travel to the United States. Yet somehow, Aditya has built meaningful relationships with them from afar. Through his thoughtfulness, attention to detail, and genuine interest in their lives, he has become

someone they know and care about deeply. Whether it is my family or his own, he consistently shows up for the people he loves with humility, kindness, and unwavering support.

When my parents visit Boston and stay with us, I see those same qualities firsthand. Aditya goes out of his way to make them feel welcome and comfortable, whether that means adjusting his schedule to spend time with them, helping them settle in, or simply making sure they feel at home. He treats them with the same care and respect that he shows his own family.

Over the years, while facing the immense stress of public criminal charges, I cannot recall a single instance in which Aditya complained about his circumstances or expressed bitterness. Instead, he focused on moving forward and supporting those around him. He made personal and financial sacrifices, including foregoing compensation during difficult periods for the company, and missed important family events because of the restrictions surrounding this case. Yet through it all, he accepted those sacrifices with grace and without resentment.

The stress of these proceedings has also affected his health. Rather than giving in to despair, Aditya approached those challenges with discipline and determination. Through exercise, diet, and sheer willpower, he worked to restore his health and well-being. His ability to persevere through adversity has been a constant source of inspiration to me.

There were moments during these years when the emotional strain became overwhelming for me. I questioned whether I had made the right decision and openly shared those fears with him. Every time, Aditya met me with patience, understanding, and reassurance. He never dismissed my concerns. Instead, he listened carefully and approached our challenges as something we would face together.

Last year, I underwent surgery, and throughout my recovery, Aditya was my sole source of support. He was by my side day and night, caring for me with extraordinary compassion and dedication. During one of the most vulnerable periods of my life, he showed me what true selflessness looks like. I could not have asked for a more devoted husband or caregiver.

If I were given the choice again, knowing all the hardships, uncertainty, and challenges that lay ahead, I would still choose Aditya without hesitation. That is the kind of person he is. He is selfless, compassionate, thoughtful, and deeply devoted to his family. He approaches life with optimism even in the face of adversity and consistently puts the needs of others before his own.

I respectfully ask the Court to consider the man I have come to know through these difficult years. The person I have seen every day over the last several years, both in moments of joy and in moments of hardship, is the same person I chose to marry despite knowing exactly what lay ahead. Aditya is not defined by this case. He is a loving husband, a loyal son and brother, and someone who has continued to support and uplift others despite carrying an enormous burden himself. I firmly believe that he has much to contribute to society and that his character, resilience, and commitment to those around him make him someone who will continue to be a positive force in the lives of others.

Thank you for your time and consideration.

Respectfully,

Shreya Dungarwal

Spine Associates
back to normal...

RICHARD R.M. FRANCIS, MD, MBA, FRCS Ed., FRCS Ed. (Tr & Orth)
Surgery of the Spine

June 15, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2**

Dear Judge Talwani,
This is only the second time in my life that I have written a letter of support under current circumstances. The importance of the matter, its consequences, and the potential persuasive nature of my comments and observations are taken with all the seriousness they deserve. I consider it a solemn duty to provide an honest opinion of Mr. Aditya Humad as well as my interactions and relationship with him.

With that in mind, let me say that I am honored to present my views by means of this forum about a peer that I consider decent, ambitious, hard-working, and a person of strong character and integrity.

I am proud to speak on his behalf. I want to focus on three outstanding areas of his life that speak to the measure of the man. I will speak about his scientific contributions, his mentorship, and finally, and perhaps most importantly, his character. I am Dr. Richard Randolph Maxwell Francis, an orthopedic spine surgeon in Houston, Texas. I practice at the cutting edge of spine surgery utilizing scientifically proven techniques and the best products that can facilitate the best outcomes for my patients. In that capacity I interact with industry leaders, researchers, scientists and businesspeople across a wide spectrum of my specialty. Where I have to change course in any form of treatment, it must be done incrementally and in small measures to appreciate the change, and I do so only if it improves the existing results.

The surgeries I performed and the various interventions I participate in influence my patients' whole lives. Because of this, who I work with, the scientific information they provide, their honesty and ethics, are all an important choice to me.

I chose to work with Aditya over the past several years because I trusted him and his team.

I first met Aditya 17 years ago sometime after the company Spine Frontier was founded by Dr. Kingsley Chin. Spine Frontier was founded to support surgeon innovation and design. It was a vehicle by which surgeons who had ideas that could materially influence patient outcomes and spine surgery could bring these ideas and the related products to fruition. It was designed as a direct conduit from intellectual vision to visionary change by doctors who may not devote themselves to full-time academic medicine and research but nonetheless had much to offer. Ittapped into the unrecognized innovative spirit of those of us who knew we could still do better by our own patients. Aditya supported efforts to advance this vision. Over the years, I came to know him as a businessman, financial analyst, entrepreneur, educator, mentor, and facilitator of scientific advancement.

Aditya's scientific activities have had a meaningful impact on my surgical practice. For example, Aditya helped organize and support cadaveric laboratories that facilitated training in advanced surgical techniques of the spine. These activities are meant to provide a surgeon with real-life challenges from complex surgical procedures without putting patients' lives at risk. It serves to help myself and others scale the learning curve and develop expertise to maximize patient benefit. Cadaveric training is notably difficult to arrange and requires strict compliance with Health Department standards, regulatory compliance and hospital regulations. It is costly to produce and is done as a failsafe measure to protect patients who will undergo the specific procedures. Furthermore, it is entirely optional. He consistently supported these efforts because he believed they ultimately benefited patient care.



HOUSTON
9301 Southwest Fwy
Suite 600
Houston, Texas 77074
713-383-7100 (p)
713-383-7500 (f)

BEAUMONT
One Folsom Building
3820 Pointe Pkwy
Beaumont, Texas 77706
409-767-8221 (p)
409-785-4200 (f)

TOLL FREE 888-9-SPINAL • (888-977-4625) | www.myspineassociates.com

Spine Associates
back to normal...

RICHARD R.M. FRANCIS, MD, MBA, FRCS Ed., FRCS Ed. (Tr & Orth)
Surgery of the Spine

Aditya supported efforts to gather physician perspectives regarding new technologies and surgical applications intended to improve patient care. I have participated in several such evaluations for his company. In every instance I have done so as an unpaid observer with no financial interest in his company or in the outcomes. In all cases, my experience was that discussions were conducted thoughtfully, professionally, and with a focus on the underlying clinical and scientific questions. He consistently demonstrated an appreciation for how business and operational decisions could ultimately affect patient care.

Aditya contributed to at least three scientifically important publications that ultimately will change the lives of thousands of patients for the better in the future. His contributions have been impactful.

In *"Comparative in vitro biomechanical stiffness study of the viscoelastic disc versus the native lumbar spine"*, he contributed to research efforts that demonstrated that the AxioMed disc replacement device we will be using in the next two years reproduces almost identically the stiffness of own lumbar and cervical discs. In other words, it is biomechanically closer to what we humans use and can therefore predict long-term behavior of the replaced disc.

His participation in the study *"Comparative in vitro analysis of wear particles in the viscoelastic disc versus 2 articulating total disc replacements"*, demonstrated to myself and to my colleagues that the artificial disc we plan to use in the future would last a patient's lifetime.

What is more, in *"Comparative in vitro biomechanical range of motion study of the viscoelastic disc versus 2 articulating disc replacements versus the native lumbar disc"* he contributed to research demonstrating the advantages of this product compared to others currently available. In other words, Aditya's work allows me to assure my patients that when I implant this device in them it will be life-changing for the better. It will last longer, behave as nature intended for a disc to behave and will not likely need replacing. This is how my spine colleagues and I will improve our patients' lives. Aditya deserves our thanks in large part.

To be clear, Aditya had no primary responsibility toward these important scientific endeavors. He thought it his duty to ensure cogent proofs were presented to our surgeon colleagues and patients as we try to improve their lives. I know of very few financial executives who have shown this level of interest in understanding the scientific and clinical work that ultimately affects patients. It is truly extraordinary.

Aditya's role in mentoring deserves particular focus.

Aditya worked with Dr. Kingsley Chin to help build important mentorship programs for the next generation of doctors, surgeons, and entrepreneurs. Together they helped build a Student Internship Program and separately a Young Innovator's Program. Two of my children participated in these programs and benefited immensely. The Student Internship Program introduced high school students to the concept of an achievable career in medicine by allowing participation in research and development, understanding and implementing research, with the ultimate goal of publishing scientific knowledge in a respected, peer-reviewed medical journal.

The Young Innovator's Program showed promising students how achievements in the lab translate to real life patient transforming interventions at surgery. They could attend as observers at surgery and see the advances they witnessed in the research lab applied to solve real problems. in real people. My two children who attended these programs are now proven beneficiaries of Aditya's influence. Shannon Francis, a high school student in 2012 graduated from Stanford University School of Medicine this summer and will pursue a career in surgery. My oldest daughter Chloe, also a high school student in 2012 is a practicing lawyer with the firm Latham and Watkins. Chloe graduated from Yale law school and also holds an LLM degree from Cambridge University with an interest in trademarks and patents. Her postgraduate interests are a direct result of the interest planted in her during her participation in the Young Innovator's Program. Beyond that, her ability to believe in what she could achieve is also a result of the influence that Aditya had during her formative years.

Aditya's achievements mentioned above are nothing without character. As a person, Aditya is best described as a gentleman. He is calm, measured, precise, and hard-working. Important to me is that he has consistently demonstrated honesty, professionalism, and ethical conduct in the many interactions I have had with him over the years. I can depend on his word in small things and therefore in larger matters. In matters of business, I



HOUSTON
9301 Southwest Fwy
Suite 600
Houston, Texas 77074
713-383-7100 (p)
713-383-7500 (f)

BEAUMONT
One Folsom Building
3820 Pointe Pkwy
Beaumont, Texas 77706
409-767-8221 (p)
409-785-4200 (f)

TOLL FREE 888-9-SPINAL • (888-977-4625) | www.myspineassociates.com

Spine Associates
back to normal...

RICHARD R.M. FRANCIS, MD, MBA, FRCS Ed., FRCS Ed. (Tr & Orth)
Surgery of the Spine

have always known him to be careful, fair, and honest in his dealings. Where there are discrepancies in stock between our hospital's records and his company, Aditya has proven he will always provide us an honest measure and fair resolution. That trust was earned over many years through repeated interactions, not through a single event or isolated experience. As you may imagine, this leap of faith can only be extended to a select few proven individuals over time.

Aditya is dedicated to his craft. He is serious about business, about success, but above all, about doing things purposefully, properly and admirably. As a doctor, I care about my image and my associations. As a child I was told that a person is judged by his friends and associates. As a person I want to be held in high esteem and so I care about who I do business with. I am here to say that I proudly associate with Aditya. All who know him recognize him as a man of integrity, honesty and character. I cannot speak to any of the events that have brought him before you,neither would I want to. What I can speak to, is a man I have immense respect and admiration for, who stands tall amongst those who work with him and who is widely respected. While the conduct underlying this case is serious, it is not consistent with the person I have known through nearly two decades of professional and personal interactions. In the end, the legacy he leaves behind when his course on earth is complete should reflect the whole person, his whole life and all his contributions. No one event or circumstance should or could define him.

I am proud to stand up for him, to speak up for him, and to tell my own story. Through his activities, he has benefited the patients I now treat and those I will treat in the future. Our children have been the fortunate beneficiaries of his care and his mentorship.

Yours sincerely,

Richard R.M. Francis, M.D., MBA



HOUSTON
9301 Southwest Fwy
Suite 600
Houston, Texas 77074
713-383-7100 (p)
713-383-7500 (f)

BEAUMONT
One Folsom Building
3820 Pointe Pkwy
Beaumont, Texas 77706
409-767-8221 (p)
409-785-4200 (f)

TOLL FREE 888-9-SPINAL • (888-977-4625) | www.myspineassociates.com

Josue P. Gabriel, M.D.
Orthopedic Spine Surgeon
Former-Ass. Professor, Dept. of Orthopedics
Director, Division of Spine Surgery
Clinical Director Biodynamics Laboratory
The Ohio State University
Columbus, Ohio
Phone: 217-994-4784
Fax: 614-499-2086
Email: [redacted]

June 15, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I am writing in support of Aditya Humad.

I am an orthopedic spine surgeon and have spent my career in private practice, academic medicine, physician education, research, and medical technology development. Over the years I have worked with hospitals, universities, medical device companies, physician inventors, and countless industry professionals. I have also spent much of my career teaching surgeons, evaluating new technologies, publishing research, and helping bring innovative ideas into clinical practice.

I first met Aditya in 2009 when he interviewed for an analyst position with SpineFrontier. I still remember meeting him in the cadaver lab during the interview process. At the time, he was a young professional with no medical device experience who was eager to learn and excited about entering the field.

Looking back now, what stands out to me is that I have had the opportunity to watch nearly his entire professional journey unfold.

I knew Aditya before he held leadership roles, before he managed teams, and before he carried significant responsibility. I watched him learn the industry from the ground up. Over time, I saw him earn the trust of physicians, take on greater responsibilities, and become someone people consistently relied upon.

I was also involved with Spine Frontier from its early days as one of the founding surgeon investors. Because of that, I spent years visiting company offices, laboratories, cadaver training programs, physician education courses, and industry meetings. I worked closely with Dr. Kingsley Chin, engineers, physicians, and team members

across the organization. I had a front-row seat to the excitement, challenges, and realities of trying to develop new technologies and new surgical techniques.

Throughout those years, it was clear to me that Dr. Chin was the founder, inventor, surgeon, and visionary behind many of the technologies and ideas being pursued. Aditya's role was very different. He was often the person helping support physicians, coordinate efforts, solve problems, organize projects, and keep initiatives moving forward. Much of that work happened behind the scenes and rarely received recognition, but it was essential.

One of the things I observed over the years was how physicians came to trust him. Surgeons are generally direct people. We quickly learn who follows through and who does not. Aditya built credibility by being dependable. If there was a problem, he worked to solve it. If a physician needed help, he made himself available. If he committed to doing something, he followed through. Over time, that consistency earned him the respect of many people throughout the organization.

What also stands out to me is that most people I worked with in the industry fifteen years ago have moved on. Companies change, careers evolve, and relationships come and go. Aditya remained committed through all of those changes. I watched him continue showing up through periods of growth, setbacks, financial challenges, regulatory hurdles, and uncertainty.

Throughout my career I have worked with many companies and many technologies. If I lose confidence in an organization or the people involved, I move on. My experience here was different.

The longer I was involved, the more confidence I developed in the people I worked alongside. I remained engaged with the organization, continued to support its efforts, invested again many years after my original involvement, and ultimately made the decision in 2025 to join the company in a salaried role focused on physician education and training.

At this stage of my career, that was not a decision I needed to make. I made it because after fifteen years of firsthand experience, I continued to believe in the importance of physician education, the technologies being developed, and the people I had worked alongside for many years.

Today I continue working with surgeons to help teach techniques and technologies that I believe can benefit patients. In many ways, that role reflects the same excitement I felt years ago when I first became involved. Aditya has been part of that journey from the beginning.

Over the years, our relationship also evolved beyond work. I came to know Aditya as a friend, not simply a colleague. He got to know my wife, Rebecca, and watched my children grow up over the years. The qualities I observed outside of work were the same qualities I observed professionally: loyalty, humility, reliability, and genuine concern for other people.

One of the reasons I felt compelled to write this letter is because the conduct underlying this case is inconsistent with the person I have known for more than fifteen years. My experience with Aditya has never been that of someone seeking attention or personal recognition. Instead, I consistently observed someone who worked hard, supported others, and cared deeply about the people and projects he was involved with.

When I think back to the young analyst I met in a cadaver lab in 2009 and compare him to the person I know today, what stands out most is not how much he has changed, but how much he has stayed the same. The work ethic, humility, dependability, and willingness to help others that I saw then are the same qualities I continue to see today.

I have every confidence that Aditya has learned from this experience and that he will continue to be a positive contributor to those around him. I respectfully ask the Court to consider the entirety of his character and the person I have had the privilege of knowing for the past fifteen years.

Thank you for your consideration.

Respectfully,

Josue P. Gabriel, M.D.
Orthopedic Spine Surgeon
Medical Director of Physician Training, KIC Ventures

SPINE & PAIN ASSOCIATES

May 19, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2

Dear Judge Talwani,

My name is Dr. Ankush Jain, and I am writing this letter in support of my cousin, Aditya Humad. I am an Interventional Pain Physician practicing in East Tennessee for the past six years. I attended medical school in Philadelphia on a full tuition Navy Health Professions Scholarship, which led to my service as a physician alongside the United States Marine Corps in Okinawa, Japan, and later at Camp Pendleton, California. Following my honorable discharge from military service, I completed my residency and fellowship training at Montefiore Medical Center in the Bronx, New York. Throughout my career and life experiences, I have come to deeply value the qualities of integrity, compassion, accountability, and loyalty in others, and it is with complete sincerity that I can say Aditya embodies these qualities.

I have known Aditya my entire life, as we are first cousins. Growing up, we spent countless summers together playing ping pong, swimming competitively on the swim team, and traveling with our families to temples throughout India. Over the years, I witnessed firsthand his empathic demeanor, unwavering dedication to family, and genuine desire to serve and uplift those around him. One of the most difficult periods of my life came in 2009 after my fiancé tragically committed suicide. During that time, Aditya stayed by my side, even sleeping in the same room (as we did as kids) for nights because he knew how lost and alone I felt. His support, compassion, and presence during that period are things I will never forget. Through life's hardships and milestones, our relationship has grown into a strong brotherly bond.

SPINE & PAIN
ASSOCIATES

As I pursued the demanding path toward becoming a board-certified physician, Aditya remained a constant source of encouragement and emotional support. Although we come from different professional backgrounds within medicine, our careers have both been centered around helping patients, improving outcomes in spine care and surgery, and striving to deliver the highest quality care possible. Through countless conversations over the years, I have seen firsthand Aditya's passion for advancing patient care and his genuine commitment to improving the lives of others. The sacrifices and perseverance required throughout medical school, residency, fellowship, and military service were significant, and Aditya continually reminded me to stay focused and resilient. His loyalty, kindness, and steadfast belief in me helped carry me through some of the most difficult years of my training and life. I am forever indebted to him for his love, support, and friendship.

I respectfully ask the Court to consider the character of the man I have known my entire life. Aditya is compassionate, family-oriented, and deeply committed to the well-being of those around him. I believe wholeheartedly in his character and his capacity to continue contributing positively to his family and community.

Thank you for your time and consideration.

Respectfully,

Dr. Ankush Jain
Spine & Pain Associates, Board of Directors
Johnson City, TN
[redacted]


| BRISTOL | CHATTANOOGA | CLEVELAND | JOHNSON CITY | KINGSPORT | OOLTEWAH |
|---|---|---|---|---|---|
| 350 Blountville Hwy | 281 N. Lyerly St | 862 Callen Ln | 101 MedTech Pkwy | 2202 N John B. Dennis Hwy | 4957 Swinyar Dr |
| Ste 105 | Ste 200 | NW Ste 110 | Ste 200 | Ste 200 | Ste 101 |
| Bristol, TN 37620 | Chattanooga, TN 37404 | Cleveland, TN 37312 | Johnson City, TN 37604 | Kingsport, TN 37660 | Ooltewah, TN 37363 |
| Phone: 423-797-5505 | Phone: 423-698-0850 | Phone: 423-698-0850 | Phone: 423-232-6120 | Phone: 423-392-6690 | Phone: 423-698-0850 |
| Fax: 833-450-5986 | Fax: 833-450-5911 | Fax: 833-450-6211 | Fax: 833-450-6025 | Fax: 833-450-6395 | Fax: 833-450-6311 |

WWW.SPINEPAINASSOCIATES.COM

June 17, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Honorable Judge Talwani,

I am writing in support of my nephew, Aditya Humad.

I have known Aditya for virtually his entire life and have had the privilege of watching him grow from a young boy into the husband, professional, and person he is today. As a retired U.S. Navy Captain, physician, father, grandfather, and former consultant to both the White House and the U.S. Capitol, I have spent much of my life in positions requiring judgment, responsibility, and trust. It is from both that professional perspective and my decades-long personal relationship with Aditya that I offer this letter.

Our families have always been very close. During his childhood, Aditya spent many summers with our family in India and later spent time with us in Washington, D.C. while attending swim camps and participating in family activities with my children. He was never simply a nephew who visited occasionally; he was treated very much like one of my own sons. Over the years we shared family vacations, road trips, holidays, celebrations, and countless family gatherings.

One of my earliest memories of Aditya was his curiosity, maturity, and willingness to help others. Even as a young man, he was hardworking, respectful, and deeply committed to his family. Those qualities have remained remarkably consistent throughout his life.

When Aditya was preparing to attend the University of Pennsylvania, our family helped him during his transition to Philadelphia. During his years at Penn, he frequently visited us during holidays and school breaks, including Thanksgiving and other family gatherings. Those years gave me the opportunity to observe him as he matured into adulthood. He approached his studies with discipline and determination while maintaining strong relationships with friends and family.

Over the following decades, I watched him build a successful career, first in investment banking and later in the entrepreneurial world of healthcare and medical technology. What impressed me was not simply his intelligence or professional accomplishments, but his willingness to take on responsibility and dedicate himself fully to whatever challenge was in front of him.

Throughout his career, Aditya remained deeply connected to his family. Despite demanding professional obligations, he consistently made time for important family events, milestones, celebrations, and moments of need. Whether it involved my parents, my children, grandchildren, or extended family members, he always made a genuine effort to be present and maintain those relationships.

One of the qualities I admire most about Aditya is his loyalty. Over the years, I have watched him maintain friendships and family relationships that span decades. People naturally gravitate toward him because he is dependable, thoughtful, and genuinely interested in helping others. He has always been the type of person who takes a phone call, offers advice, connects people who can help one another, and makes time for others even when his own schedule is overwhelming.

As his career evolved, I also had the opportunity to visit his offices and manufacturing facilities in Boston and observe firsthand the passion and effort he devoted to building innovative healthcare businesses. My decision to invest in several of the companies associated with KIC Ventures was not based solely on the technologies themselves. It was influenced by many years of observing Aditya's character, dedication, and commitment to what he was trying to build. Long before I ever invested a dollar, I trusted him as a person.

What consistently stood out to me was that Aditya was motivated by building, creating, and solving problems rather than by personal enrichment. I never viewed him as someone focused on status, luxury, or material success. Instead, I saw someone willing to work extraordinarily long hours, make personal sacrifices, and dedicate himself to advancing technologies he believed could improve patient care and outcomes.

The past several years has been extraordinarily difficult for him. I have watched him navigate the pressures of a global pandemic, significant business challenges, ongoing legal proceedings, and immense personal stress. Yet throughout this period, I observed him remain composed, responsible, and committed to those around him. He continued supporting family members, maintaining relationships, and carrying significant professional responsibilities even while facing uncertainty about his own future.

What has impressed me most is not how Aditya behaved when things were going well, but how he behaved when circumstances became difficult. Character is revealed during adversity. Throughout these years, I have continued to see the same qualities that I observed when he was young: resilience, loyalty, humility, discipline, and concern for others.

As both a family member and someone who has observed him closely for more than three decades, I can say without hesitation that the conduct underlying this case is inconsistent with the person I have known throughout his life. I have every confidence that he has learned from this experience and that he poses no risk of repeating these mistakes and given the opportunity he will share his lessons learned with his current and future peers and associates as part of community service.

Most importantly, I know him to be a caring son, devoted husband, supportive family member, and hardworking individual who has spent his life trying to contribute positively to those around him.

I respectfully ask the Court to consider the entirety of his character, his history, and the person he has consistently demonstrated himself to be over the course of his life.

Thank you for your time and consideration.

Respectfully,

Dr. Sushil Jain
Captain, U.S. Navy (Ret.)

June 18, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2**

Dear Judge Talwani,

My name is Aziz Lalljee. I'm an entrepreneur and investor based in Chicago. I am writing this letter in support of Aditya Humad, my close personal friend of 23 years.

In August of 2003, a wide-eyed, smiling, scrawny kid peeked into my dorm room during freshman orientation in Stouffer College House at the University of Pennsylvania. "Hi, I'm Aditya!" he exclaimed. Eyeing my tennis bag in the corner, he asked if I wanted to hit. We became fast friends.

Aditya was obviously and exceptionally bright. He had matriculated into the Management & Technology Program at Penn, a rarefied joint degree program drawing the most promising students from both the Engineering and Wharton Schools. Figuring he'd get me through freshman math, I began studying with Aditya. We were joined by Rodrigo, Aditya's roommate, and still a close mutual friend. While juggling his own courseload, cracking an endless stream of jokes, and inquiring after everyone who walked by, Aditya somehow managed to simplify and explain concepts to us better than our professors could. Our little trio, camped out in the dining room, grew to include two to six others on any given afternoon. Aditya essentially ran office hours as a freshman, but with a kindness and humor few adults could marshal.

Then there was the "Aditya smile." It's a warm, twinkling, infectious sort of smile that starts wide and typically ends in deep laughter. Strolling with Aditya down Locust Walk, Penn's central pedestrian drag, I saw it reflected on, and reproduced by, students, professors, TAs, and even the occasional pet dog. I saw that smile spread like wildfire during Prof. Phil Nichols's Wednesday Night Cookie Hour, where Aditya would round up his friends – and typically some strangers – to join an informal weekly discussion on current affairs. Friendships grew, ideas were developed, worldviews exchanged and challenged, all elevated and catalyzed in some important part by Aditya's curiosity and connective power.

In 2007, at my 21st birthday party at the Thayer Hotel in West Point, I saw that same smile on Dr. Burton Carber, a retired (and retiring) elderly friend of my parents, who happened to sit beside Aditya at lunch. Few people have seen Burton more animated and engaged than that afternoon, when Aditya quizzed him on dentine replacements and Yiddish theater.

In 2012, I married Louise, my high school sweetheart, who had naturally grown to know and love Aditya as well. At our big fat Indian wedding in Pune, India, Aditya was that rare person who could navigate every culture, language, and lived experience represented by our motley global group of guests, most of whom were far outside their comfort zones. Aditya played host, making everyone feel at home, getting them to try novel foods and even weirder dance moves. And he did all this without being asked, without an explicit word, naturally, almost effortlessly. When Louise and I separated in 2019 and divorced a few years later, Aditya's pain was palpable. Of all my friends and extended family, it is about Aditya whom Louise now inquires with the most genuine, unfeigned fondness.

Judge Talwani, I realize this reads as a rather narrow, albeit gushing, view of Aditya. I could go on to talk earnestly about Aditya as a dutiful son, a loving husband, or the coolest uncle ever. Or I could share my respect for, to take one example, his principled vegetarianism – rooted in a deep understanding of, and commitment to, Jain ethics. Or I could share my admiration for Aditya's 20-year career obsession with bringing innovation to health care.

But my purpose here is both more limited and, in a different sense, larger. By talking about Aditya's brilliance, curiosity, and kindness, rooted in our carefree and selfless connection as college kids, I've tried to illustrate, in some halting and piecemeal way, what it's actually like to have Aditya as a friend through your whole adult life. How he smiles, and makes you smile. How he, you know, lights you up from the inside.

Respectfully,

Aziz Lalljee

May 26, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

My name is Keisha Lam, I have been an employee at KIC Management Group, since October 2018, working as a Payroll Specialist, and taking on some HR responsibilities in the last four years. During these past 7 years, I have worked with Aditya Humad and had the opportunity to get to know him personally and professionally.

Since joining the company, I've always known him to be a kind and genuine person both through his leadership and how he interacts with others. Aditya has always shown that he is pleasant peer to work with in the office and as a friend, someone that I talk to when I need advice. As a manager, he is professional, honest and demonstrates very high and good character.

One of the qualities I admire most about him is his kindness and calm temperament during daily work tasks. He is always approachable and willing to listen whenever someone needs advice or support. Whenever I seek guidance from him, he carefully listens and provides thoughtful opinions and suggestions on the best way to approach a situation.

Throughout the years, I have also seen how effectively he communicates and interacts with other employees. He treats everyone within the organization with respect, fairness and professionalism, creating a positive and productive work environment. Conversations with him are always meaningful and encouraging, and people often leave feeling motivated and confident after speaking with him.

His leadership, patience, and ability to guide others have made a strong impression on me and many others. I truly appreciate the opportunity to work with and learn from him over the years. As I continue to work with Aditya, I believe he is honest, sincere, and a good mentor to myself and anyone who works with him.

Sincerely,

Keisha Lam

Keisha Lam
Payroll Specialist/HR Department

June 12, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2**

Dear Judge Talwani,

My name is Vito Lore, and I serve as Chief Technology Officer of KIC Ventures. I joined the organization in 2008 and have spent the past eighteen years leading engineering, product development, research and development, intellectual property initiatives, regulatory activities, and surgeon collaboration efforts across the company's technology portfolio.

Because I joined the organization before Aditya arrived in 2009, I have had the unique opportunity to observe nearly his entire professional career. For more than seventeen years, we worked closely together through periods of growth, challenge, innovation, and uncertainty. During that time, I came to know him not only as a colleague, but as someone whose work ethic, loyalty, and commitment to the organization remained remarkably consistent.

I wanted to write this letter because I believe I can provide a perspective that few others can. I spent thousands of hours working alongside Aditya and had a firsthand view of what he actually did day to day over the course of his career.

Throughout my tenure, the organization's primary focus was innovation. Much of our time and resources were devoted to developing new technologies, improving surgical techniques, refining instrumentation, protecting intellectual property, conducting research, navigating regulatory pathways, training physicians, and bringing new products to market.

As the company grew, Dr. Kingsley Chin and I invested heavily in building internal innovation and product development capabilities. We assembled multidisciplinary teams of engineers, industrial designers, product development specialists, and technical personnel focused on concept development, intellectual property creation, rapid prototyping, instrumentation design, and new product development. At various points, the organization employed more than twenty engineers and technical professionals dedicated to those efforts.

Having worked alongside Dr. Chin since 2008, I can say that he was unquestionably the founder, inventor, CEO, and primary visionary behind the technologies pursued by the organization. Major product concepts, technology initiatives, and strategic decisions ultimately flowed through him. The innovation-focused culture of the organization existed long before Aditya arrived and was a direct reflection of Dr. Chin's vision and leadership.

Aditya's role was very different. When he joined the company, he came from a finance and investment banking background, although he also had training in bioengineering. Over time, his responsibilities expanded far beyond finance. As the organization grew, he became involved in operations, fundraising, acquisitions, supply chain management, human resources, facilities, manufacturing coordination, investor relations, administrative oversight, and many of the countless responsibilities required to keep a growing entrepreneurial organization functioning.

I often joked that there was no such thing as a "normal" day for Aditya because he was constantly moving between different challenges and responsibilities. In a large corporation, many of the functions he handled would have been spread across multiple departments and specialized professionals. In our environment, he frequently found himself wearing many hats at once.

One of the things that always stood out to me was that Aditya was available to everyone. Whether it was an engineer needing help moving a project forward, an employee dealing with an operational issue, an investor with questions, or a problem that surfaced late at night, Aditya was often one of the people others turned to. It was not unusual to receive emails or calls from him early in the morning, late at night, or on weekends because he was trying to solve a problem or keep something moving.

One example, seemed like a simple gesture to him, meant so much to me. After missing my red-eye flight home on a business trip, I was rescheduled for the next day. The problem was I would not have time to get home and still pick my son up from camp on time. Aditya stepped up and personally picked me up at the airport, drove me to the camp, and brought me and my son back home. It definitely would have been easier to delegate the task or have me book an Uber, however he insisted that he would "make it work".

Despite his formal role, Aditya maintained a genuine interest in the technologies we were developing. His bioengineering background gave him a natural curiosity about the products and clinical problems we were working to address. I frequently saw him attend cadaver laboratories, surgeon training programs, product reviews, engineering discussions, and technology meetings that were not strictly required by his job

responsibilities. He wanted to understand the products, the clinical challenges physicians faced, and the potential impact these technologies could have on patients.

Over the years, I worked closely with many surgeons who provided feedback on products, techniques, instrumentation, and unmet clinical needs. Many of those relationships developed into long-term professional relationships, mentorships, and friendships with the organization because the physicians believed in the technologies and the mission. Aditya genuinely enjoyed learning from these interactions and was always eager to better understand how technologies could be improved to serve physicians and patients.

Because we worked so closely together, I also witnessed the personal sacrifices he made. It was not uncommon for us to work late into the evening, spend weekends preparing for projects or meetings, or travel extensively while trying to keep numerous initiatives moving forward simultaneously. I shared hotel rooms with him during conferences and business trips, worked alongside him during long nights in the office, and saw firsthand the level of commitment he brought to the organization.

What I never observed was someone focused on personal status, luxury, or recognition. More often than not, he was focused on solving the next problem, supporting employees, finding resources for a project, or helping move an initiative forward. Much of the work happened behind the scenes and often without recognition.

The trust I developed in Aditya over the years extended beyond the workplace. My own daughter spent time working with the organization as an intern. As a father, I would not have been comfortable with that had I not believed in the people, culture, and mission of the company. That decision reflected the confidence I had in the environment we were building and the individuals helping lead it.

Over time, I also had the opportunity to meet Aditya's family when they visited our offices and manufacturing facilities. It was clear how proud they were of the work being done and how invested they were in supporting him and the mission of the company. Those interactions reinforced my impression that he came from a family that valued education, hard work, and service to others.

The conduct underlying this case is serious, and I do not seek to minimize it. However, it is inconsistent with the person I worked alongside for more than seventeen years. My experience with Aditya was that of a hardworking, mission-driven individual who devoted much of his adult life to supporting an organization, its employees, and the development of technologies he genuinely believed could help improve patient care.

When I think about Aditya, I do not think about this case. I think about the colleague who spent countless late nights solving problems, the teammate who remained committed during difficult times, and the friend who devoted much of his professional life to helping build something he believed in.

I have every confidence that he has learned from this experience and will continue to be a productive, responsible, and positive contributor to society.

Thank you for your consideration.

Respectfully,

Vito Lore
Chief Technology Officer
KICVentures

Southern Health Lawyers, LLC
A SANDERS & MUSTARI LAWFIRM
ATLANTA / BIRMINGHAM / JACKSONVILLE

June 10, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I have had the opportunity to work closely with Aditya Humad over the past several years as outside healthcare compliance counsel to his organization, and I wanted to share my perspective with the Court based on those experiences.

I am a healthcare compliance attorney and senior managing partner with Southern Health Lawyers, LLC out of Atlanta, Georgia. My practice focuses on healthcare regulatory compliance, physician relationships, healthcare contracting, and related legal matters generally for providers and business in the healthcare space.

I first met Aditya in 2023 when he sought out my firm to assist with healthcare compliance matters, physician relationships, contracting, and broader efforts to strengthen compliance-related processes within the organization. From our earliest discussions, it was clear that he was looking for experienced healthcare counsel not simply to review documents and rubber stamp business decisions, but to help provide proper compliance structure, oversight, and guidance around important areas of the business.

One thing I have learned as a healthcare lawyer of almost 20 years is that clients approach legal counsel very differently. Some involve us only after decisions have already been made or if a negative consequence has happened. Others bring us into discussions early and genuinely want compliance and structural guidance before moving forward in any direction. My experience with Aditya was consistently the latter.

He routinely sought legal input, asked thoughtful questions, welcomed review of important matters, and wanted to understand the reasoning behind recommendations. My experience was not that of someone looking for shortcuts or to find ways to avoid regulatory issues, but instead someone who wanted to understand the requirements, obtain guidance, and make informed decisions on how to proceed or handle various situations.

Although my firm represented the company, I often joked that my real client was Aditya because of how frequently we worked together. He was usually the person coordinating discussions, gathering information, following up on issues, and making sure questions were addressed.

3550 Lenox Road NE
3 Alliance Center, Suite 2100
Atlanta, Georgia 30326
Phone: (404) 806-5575
Fax: (866) 871-2238
E-Mail: jmustari@southernhealthlawyers.com
Web: www.southernhealthlawyers.com

A significant portion of my work involved physician relationships, contractual arrangements, healthcare compliance considerations, and related operational matters. Throughout our engagement, I observed meaningful effort devoted to reviewing processes, strengthening documentation, evaluating physician arrangements, implementing safeguards, conducting compliance training, and seeking legal review of important business activities. From what I was seeing at the organization, Aditya was often the one driving those discussions.

In addition, we have been working with Aditya over the past year to specifically add and enhance a company wide compliance plan that strives to meet high standards across the organization to ensure all staff are adequately trained on compliance issues and policies are in place to maintain the culture of compliance at the organization.

Beyond the legal issues themselves, I found Aditya to be exceptionally organized, detail-oriented, and thoughtful. He came to discussions prepared, asked good questions, and rarely looked for the quickest answer. Instead, he wanted to understand the issues and make responsible decisions. He has also been patient with me when I am behind on a project, which is certainly appreciated.

I also found him to be transparent in his interactions with counsel. He was willing to discuss difficult issues openly, provide information when requested, and engage in candid conversations about risks, challenges, and possible solutions. That level of openness and willingness to heed the advice of compliance counsel is not something I take for granted in my profession.

Another quality that stood out was his work ethic. It was not unusual to receive emails early in the morning, late at night, or over weekends as he worked through issues and sought input on matters he believed required attention. He carried significant responsibility and approached those responsibilities with seriousness. He would also pause activity or proposed action from others within the organization if he had a sense of something that needed to be reviewed for compliance purposes first. We have had numerous interactions over the past few years where I say there is no real issue to address or be concerned with when discussing something he put on hold in order to get it evaluated first. The fact that this continues to happen shows a real intent to adhere to compliance versus interacting with me only when absolutely necessary. More providers and businesses operating in healthcare could benefit from this approach.

The conduct underlying this case is serious, and I do not seek to minimize that fact. However, the Aditya I came to know over the past several years demonstrated maturity, professionalism, transparency, and a genuine willingness to seek guidance when difficult issues arose.

In my profession, we often learn the most about a person when they are operating under pressure. Those were the circumstances under which I came to know Aditya. My experience was that he welcomed oversight, worked collaboratively with counsel, and approached legal and compliance obligations with sincerity and seriousness.

I believe Aditya has learned a great deal from this experience, and I have no doubt those lessons will remain with him moving forward.

Thank you for your consideration.

Sincerely,

**SOUTHERN HEALTH LAWYERS, LLC**

Jeffrey Mustari

June 15, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

My name is Swapnil Pangarkar, and I currently serve as Director of Finance & Operations for our group of healthcare companies. I have worked closely with Aditya Humad for nearly ten years, first as Financial Controller and later in my current leadership role. Over that time, I have spoken with him almost every day, worked alongside him through some of the company's most challenging periods, and witnessed firsthand the impact he has had on the people around him. I am grateful for the opportunity to share my perspective with the Court.

I first spoke with Aditya in December 2015 during a company meeting and met him in person in January 2016. Even from that initial interaction, it was clear that he was exceptionally intelligent and possessed a level of business acumen that stood out. At the time, he was already serving as CFO and overseeing a broad range of financial and operational responsibilities across multiple affiliated companies. What impressed me most, however, was not his title but his willingness to be involved in every aspect of the business. Over the years, I have watched him work across finance, operations, legal affairs, human resources, IT, supply chain, investor relations, and strategic planning. While Dr. Kingsley Chin was often the visionary behind new ideas and innovations, Aditya was frequently the person helping translate those ideas into action through execution, organization, and relentless effort.

Over nearly a decade, I interacted with Aditya multiple times every day. I cannot recall a time when he was unavailable when the company needed him. Whether it was early in the morning, late at night, on weekends, or during vacations, he consistently made himself accessible. He routinely took late-night calls to accommodate physicians on the West Coast, responded to emails almost immediately, and approached every challenge with a sense of responsibility and urgency. His commitment to the company and its people was extraordinary.

Perhaps the greatest testament I can offer regarding Aditya's character is the impact he has had on my own professional development. When I joined the organization, my focus was almost entirely on finance & accounting. Through years of working closely with him, I learned how to think beyond numbers and understand operations, legal matters, strategy, and the interconnected challenges that businesses face. He taught me how to approach problems with a 360-degree perspective and how to think critically before making decisions. Much of

the professional growth I have experienced, including my progression from contractor to Controller and eventually Finance & Operation Director, is directly attributable to his mentorship, confidence, and willingness to invest in my development. When I sought advancement in my career, he supported me without hesitation. Even today, when I encounter difficult situations or periods of uncertainty, I often seek his guidance. It is not always because I need a specific answer; rather, his calm demeanor, positive outlook, and ability to see solutions where others see obstacles have consistently helped me approach challenges with greater confidence.

One of the most difficult periods in our company's history came during the COVID-19 pandemic. Revenue declined by approximately 80%, creating significant uncertainty regarding the future of the business. During this time, I worked closely with Aditya through countless 14- to 16-hour days, often late into the night, as we searched for solutions and adapted the business to survive unprecedented circumstances. Despite immense pressure, I never saw him panic, blame others, or lose faith. Instead, he consistently focused on solutions and encouraged those around him to do the same. For approximately six to seven months, he continued working without compensation while carrying significant responsibility for the company's survival. His resilience during that period remains one of the most impressive examples of leadership I have witnessed.

What also distinguished Aditya was the way he treated people. Despite being a co-founder and senior executive, he never acted as though he was above anyone else in the organization. He treated employees, contractors, vendors, and business partners with the same level of respect. I personally experienced this when I was a contractor. His willingness to mentor and support others extended far beyond formal job responsibilities. He helped develop numerous employees throughout the company, including members of our finance, human resources, and international teams.

His compassion was evident not only in the workplace but also in personal situations. In 2023, I underwent a major surgery and was away from work for more than three months. During that time, Aditya assumed portions of my responsibilities in addition to his own already demanding workload. He regularly checked on my recovery and even offered to work from my home if I needed assistance while recuperating. Shortly after my surgery, he arranged for food to be delivered to my family to ensure we were taken care of during a difficult period. These actions were not required of him, nor were they publicized. They simply reflected who he is as a person.

I have also witnessed numerous examples of his generosity toward others. During the war in Ukraine, a connection of mine was working with children with autism who needed laptops to continue learning. When I brought the situation to Aditya's attention, he immediately approved the donation of twenty-four laptops without hesitation. During the pandemic, when the company was forced to furlough employees, he worked diligently to protect visa-dependent employees whose immigration status depended on continued employment. In another instance, after an employee was terminated, Aditya approved several months of continued health insurance coverage because the employee had a major surgery scheduled and needed access to care. These decisions were guided by compassion, not obligation.

I have also personally witnessed the sacrifices Aditya made for the company. During a particularly challenging period in 2020, when the company needed financing to satisfy obligations related to a prior acquisition, lenders required additional security due to the economic uncertainty caused by COVID-19. Aditya pledged his personal residence as collateral to help secure financing for the company. These were significant personal risks and sacrifices undertaken to support the organization, its employees, and its mission.

Throughout the challenges of the last several years, including the circumstances surrounding this case, I have observed Aditya become more thoughtful and cautious in his decision-making. He has married and embraced significant responsibilities and commitments outside of work. From my observations, he fully appreciates the seriousness of his situation and the impact it has had on his family, colleagues, and future. Having worked alongside him for nearly a decade, I firmly believe he presents a very low risk of ever finding himself in a similar position again. His priorities are centered on his family, his reputation, the people who depend on him, and the advancement of healthcare. These experiences have clearly left a lasting impression on him.

After working with Aditya nearly every day for close to a decade, I have seen him during successes, setbacks, crises, and periods of extraordinary pressure. The qualities I associate with him today are the same qualities I observed when I first joined the organization: commitment, resilience, generosity, and a genuine concern for others.

If given the opportunity to move forward, I believe Aditya will continue doing what he has dedicated much of his professional life to doing: helping advance healthcare, supporting physicians and patients, mentoring others, and contributing positively to the organizations and people who depend on him. After nearly ten years of working alongside him, I do not believe this case defines who he is. Rather, I believe it is one chapter in a life otherwise characterized by hard work, loyalty, generosity, mentorship, and service to others.

Thank you for taking the time to consider my perspective and observations.

Respectfully,

Swapnil Pangarkar
Director, Finance & Operations

June 16, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I first met Aditya in 2003, when we were matched to be roommates at the University of Pennsylvania. After connecting via email, I learned Aditya would soon visit my hometown to represent Kuwait at the World School Debate competition, which gave us an opportunity to get to know one another before moving to Philadelphia.

I couldn't have been blessed with a better roommate. Kind, organized, hardworking, we built a strong friendship in college, playing basketball together, hanging out with friends and navigating the internship and job hunt cycle together. We worked hard and had lots of fun along the way, such as when we were elected to represent Wharton at the USC Marshall International Case Competition in Los Angeles in 2006. We lived together for three years in Philadelphia and one year in New York, during his formative years in college and start of his career at JP Morgan's Healthcare Investment Banking team. Even after my move to London in 2008, our bond remained strong and he honored me as one of my groomsmen at my wedding in 2015.

It was with great sadness that I learned about this case, which I know Aditya regrets deeply and which I believe is a stark departure from the man I have known for over 20 years. I wanted to share some anecdotes about him, so you may have a more complete picture of his character and the man he is.

In more than twenty years of friendship, I have known Aditya as a devoted son, brother, husband, and friend. He cares deeply for those around him and was always known in college for his positive energy and willingness to help others. He was a gifted and incredibly diligent student, never afraid of hard work to accomplish his goals. This was true in college, in JP Morgan's grueling investment banking program, and at KICVentures and SpineFrontier, where he worked long hours to push the businesses forward. Despite his heavy workload, he was always willing to lend a hand to help his friends in need. One example that has always stayed with me occurred when my mother was facing a difficult

medical decision regarding her hip and back problems. Aditya immediately offered to help, speaking to his father and other experts in his network to help us navigate surgical options. He treated the situation as if it involved his own family.

When I met him in college, he already had a strong interest in healthcare, influenced in large part by growing up with a physician father. Years before joining Spinefrontier, he was already speaking with excitement about emerging spinal technologies which promised quicker recoveries and better patient outcomes.

In 2007, he started a career in investment banking. With his intelligence, diligence, and friendly nature, I have little doubt that Aditya could have built a successful career in investment banking. Instead, after reconnecting with his college professor and mentor, Dr. Kingsley Chin, he chose the far less predictable path of entrepreneurship and became deeply committed to the challenge of helping build and grow new medical technologies.

His upbringing and early professional experiences taught him discipline and resilience, and he applied himself wholeheartedly at SpineFrontier, earning the respect of his colleagues. I remember how proud he was when his colleagues voted him Employee of the Year early in his tenure. What struck me was not the award itself, but how much it meant to him that the recognition came from the people that worked besides him every day.

I have had a unique opportunity to watch Aditya's professional development from the very beginning. When we graduated from college, he started as a junior analyst in investment banking, where his responsibilities largely involved financial analysis, Excel modeling, and supporting senior bankers. A few years later, he entered a very different environment—a small entrepreneurial medical technology company where he quickly had to learn accounting, operations, supply chain management, fundraising, legal matters, and countless other responsibilities at a relatively young age. He took on a heavy workload and often seemed to be carrying responsibilities that would normally be spread across multiple people.

What never changed, however, was his work ethic, his willingness to learn, and his commitment to the people and mission he believed in. Having spent my own career evaluating businesses, management teams, and executives, I know how uncommon it is to see someone remain as committed to a mission and organization for as long as Aditya has.

After I moved to London, we continued to catch up periodically on video calls and meet in person when I was in the U.S. for work. We were fortunate to share memorable holidays together with friends, including visits to Cusco and Machu Picchu in Peru and Bogota, Colombia, as well as celebrating the weddings of several close college friends. I know his parents, sister, niece, and some of his cousins; and he has met my family multiple times

over the years. He comes from a very united, warm and caring family who will stand by him through thick and thin.

In 2023, I had the pleasure of meeting his wife Shreya in London and had a picnic together with my wife and children. The case has been hard on him, and it has also been difficult watching years pass without being able to share experiences that many longtime friends take for granted. My children have met Aditya on video calls, but he has never had the chance to visit me in London and meet them in person because of the restrictions surrounding this case.

The older I get, the more I realize how rare it is for friendships to endure through different countries, careers, marriages, and stages of life. Aditya is one of the few friends who has remained a constant through all of those changes. More than twenty years after meeting as college roommates, we still speak regularly, continue to share important moments in each other's lives, and remain among each other's closest friends despite living on different continents.

Having known Aditya from college through banking, entrepreneurship, marriage, and now this difficult chapter, I have absolute confidence that he is not a risk to society and will not repeat the mistakes that brought him before the Court. He has had to confront this case directly, and I believe he has learned from it in a lasting way.

The Aditya I have known for over twenty years is the same person today that he was when I first met him as a college freshman—hardworking, generous, loyal, optimistic, and deeply committed to the people he loves. The consistency of his character over more than two decades is one of the reasons I remain so confident in the person he is and the future that lies ahead of him.

Sincerely,

Rodrigo P.

Rodrigo Patino

**Midwest Anesthesia P.C. & Pain Management**
**S.V. Raikar, M.D**
**Francine Bontao, APRN**

8814 Maple St.
Omaha, NE 68134

6734 Joliet Rd. Suite 210
Countryside, IL 60525

2900 Elk Lane
Fremont, NE 68025

Phone: 402-721-8895
Fax: 402-721-6663

July 13 2021
Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

RE: United States V. Aditya Humad,
Case No. 1:21 – CR – 10256 – IT – 2

Dear Judge Talwani,

My name is Dr. Soubrata Raikar, and I am a physician specializing in Anesthesia, Interventional Pain and Minimally Invasive Spine Surgeries. I have been in medical practice for 26 years and currently operate two clinics with two surgical centers in Fremont and Omaha-Nebraska, respectively.
I have published extensively on topics such as Spinal Cord Stimulation for which I have received an award at a national meeting, Peripheral Nerve Stimulation, Spinal Fusion and Sacroiliac Joint Fusion. I am the pioneer of the Posterior Oblique Sacroiliac Joint Fusion Technique, and my work in this area is cited in the Medicare LCD guidelines. In the past, the state of Nebraska has asked me to supervise and monitor other healthcare workers, including physicians that have found themselves in trouble with medical law.
Many students have rotated through my clinics and I have written several letters of recommendations for students entering medical school.

I have known Aditya Humad since 2018. I was introduced to him, Dr. Kingsley Chin and their company, Spine Frontier's, by a sales rep. I was very impressed with Aditya's professionalism and his fund of knowledge in the medical device company. In particular, his passion for helping patients was omnipresent in various conversations when it involved helping patients with the medical devices in their company portfolio. His fund of knowledge with investments and physician partnership with spine companies was truly captivating.
Aditya was raised in India and the Middle East. When he came to United States, he followed the American dream. He majored in Bioengineering and Finance at Wharton, got experience in healthcare investment banking at JP Morgan, and received education in executive leadership development at Harvard business school. Our conversation included his desire to bring American spine health to countries like India and the Middle East.

Midwest Anesthesia P.C. & Pain Management
S.V. Raikar, M.D
Francine Bontao, APRN

8814 Maple St.
Omaha, NE 68134

6734 Joliet Rd. Suite 210
Countryside, IL 60525

2900 Elk Lane
Fremont, NE 68025

Phone: 402-721-8895
Fax: 402-721-6663

Aditya is a family man. He loves his parents, his sister and his wife.
He is also a true American patriot. I remember he proudly portrayed his family on LinkedIn wishing everybody a happy Fourth of July.

Throughout the past seven years, I have come to understand Mr. Aditya Humad. He truly has passion for healthcare and physician ownership with spine companies to deliver sound medicine and devices to help our patients in Pain. To him it was never about self wealth, just collaboration between physicians and spine companies. To the best of my knowledge, I have not known Aditya to have any other lawsuits except when he was charged in September 2021 along with the company Spine Frontier as well as Dr. Kingsley Chin. Some of my acquaintances who met Aditya described him to be intelligent, humble honest and a gentleman.

Though, I am not invested in Spine Frontier or is a paid consultant, Aditya always did honest business with me. He did not treat me any differently from physicians who were invested or were paid consultants. In fact, he was kind and quite a professional. He would always be thoughtful about how to help the indigent patients in our society.
When I heard about the lawsuit in 2021, it did not deter me from using their products. Their devices are second to none. They have helped hundreds of my patients to gain a better life, a life without pain.

I don't know whether Aditya acted intentionally or out of ignorance, but I respect the fact that he has accepted responsibility by pleading guilty.
His conduct I believe is entirely out of character for Aditya, and I believe it was not financially motivated. I believe, his passion was for better patient care, through physician ownership of device companies.

In my opinion, Aditya has already suffered greatly, especially,
personally in his newly married life. He has also suffered financially through the legal system. He has stepped down as the CFO of the company. I am glad our legal system works, when it comes to health care and protecting our patients. As a professional in the healthcare system, I am requesting Your Honor to be lenient with Aditya sentencing.

Midwest Anesthesia P.C. & Pain Management
S.V. Raikar, M.D
Francine Bontao, APRN

8814 Maple St.
Omaha, NE 68134

6734 Joliet Rd. Suite 210
Countryside, IL 60525

2900 Elk Lane
Fremont, NE 68025

Phone: 402-721-8895
Fax: 402-721-6663

Aditya's education, experience in investments and device companies, and finally his experience with the legal system, especially Anti Kickback laws, could be used to benefit society— through community service. His knowledge could be used for mentoring future physicians, teaching institutions, device companies in the importance of ethical practice.

On a final note, small device companies like Spine Frontier with excellent products that can truly help our patients cannot compete with behemoth companies with average products that really don't help our patients.

I respectfully ask the court to consider leniency in sentencing.
Aditya has led an otherwise exemplary life, and I believe that his talents can still be of great value to the community.

Thank you for your consideration.

Sincerely,

Soubrata V. Raikar, MD

July 9, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2**

Dear Judge Talwani,

My name is Shweta Sharma, and I am writing in support of my brother, Aditya Humad, ahead of his sentencing. As his older sister, I have known Aditya his entire life and share a close and enduring relationship with him.

For over two decades, I have built my career developing innovative drug and device therapies for serious debilitating diseases. I have held leadership roles at Deciphera Pharmaceuticals, Biogen, Pfizer, Novartis, CSL, and Medtronic guiding the development of investigational therapies for cardiology and neuroimmunology. Earlier in my career, I designed safety-critical systems for aerospace. I hold bachelor's and master's degrees in electrical and computer engineering from the Georgia Institute of Technology and an MBA from MIT Sloan. Across these roles, I have been entrusted with making complex decisions that require careful judgment, rigorous evaluation of risk, ethical leadership, and an unwavering commitment to patient and public safety. My experiences have taught me that character is best measured by a person's sustained actions over time, and it is from that perspective that I write about my younger brother.

My faith is a significant part of my identity and has shaped how I view my responsibilities to others. As a practicing Jain and an active member of the Jain Center of Greater Boston, I strive to live by principles of non-violence, compassion, honesty, humility, and self-discipline. Those values guide my daily decisions and influence how I assess character, accountability, and personal growth. They are also reflected in how I spend my time within my community, whether through cooking for the temple, helping clean the facilities, or organizing programs that connect young people to our traditions and values.

I have been a single mother since 2016 and have raised my daughter on my own since she was six years old. During a particularly difficult period in my life, one of my primary motivations for applying to business school in Boston in 2012 was to be closer to Aditya. That decision became one of the greatest sources of stability for both me and my daughter over the years that followed.

Aditya and I grew up together in Kuwait. Being almost 5 years older than Aditya, I have always felt a strong sense of responsibility for him. What began as watching over him during his early school years evolved into an almost motherly instinct as we grew up. Whether it was stepping up to care for him during the Gulf War, sending him care packages during his college years, or simply being a constant source of support for one another throughout adulthood, we have remained deeply connected. I have had the privilege of witnessing his character develop over a lifetime.

We were raised in a close-knit community of medical families with similar values around education, responsibility, and service. Our upbringing was deeply rooted in values shaped by multiple generations of our family. My father grew up in a humble village setting in India, as the youngest of eight siblings, raised with very limited means, which instilled in our family a strong sense of humility, perseverance, and gratitude. Both of my parents come from devout Jain families. We were raised vegetarian and taught to practice compassion toward all living beings. Central to Jainism is the principle of non-violence, along with kindness, honesty, humility, and respect for others. These values were consistently modeled and reinforced throughout our upbringing.

Our father's career as a radiologist has had a lasting influence on both of us. Watching him approach complex medical problems with dedication, discipline, and care shaped our own inclination toward solving difficult problems for patients. We grew up seeing how profoundly grateful patients and families were when he helped them through moments of uncertainty, and those experiences instilled in us a deep appreciation for the impact that healthcare can have on people's lives. In different ways, both Aditya and I ultimately found ourselves drawn toward careers focused on addressing unmet needs and improving outcomes for others. That orientation has been a strong thread throughout both of our lives.

One particularly formative period in our childhood was during the 1990 Gulf War, when Aditya and I stayed with our maternal grandparents in Mumbai while our parents were summoned back to Kuwait for work. During that time, I felt an even greater responsibility for him because he was only six years old. I remember how easily he adapted to a completely new environment, transitioning into a new school mid-year. He was a social kid, eager to finish his homework so he could go play cricket with the community kids.

Even at that young age, his compassion was evident in small but meaningful ways. There were always cows in the streets near my grandmother's home in India, and he would insist on buying grass to feed them every day. We had a temple across the street, and my grandmother would take both of us there every weekend. Aditya would patiently observe her, follow along, and participate with sincerity. I still remember how excited he was to ring the temple bell and apply the holy water to his eyes, head, shoulders, and neck, just as my grandmother showed us. These memories

remain vivid to me because they reflect the kind of child he was—social, adaptable, observant, respectful, and caring.

From a very young age, I remember Aditya as someone who instinctively cared for others. Even as a five- or six-year-old, he would go out of his way to share what little he had. If he received chocolates at school, he would save half for me. Even when he had only one chocolate, I would still find half of it sitting in the refrigerator for me. Looking back now, I realize that these seemingly ordinary moments were early expressions of the same quiet generosity I have continued to witness throughout his life.

That same instinct to care for others has continued into adulthood. Despite his own responsibilities, he consistently looks out for our family's well-being. Knowing how demanding my life is as a single working mother with no financial support from my ex-husband, he often cooks for me and helps me with driving my daughter to her various activities. He also makes a concerted effort to share what he learns about nutrition with our aging parents, encouraging them to take the necessary supplements and maintain healthy routines. These may seem like small acts, but to me, they reflect a deeply rooted pattern of thoughtfulness and genuine concern for others.

Aditya approaches helping others in the same way he approaches everything else in life—with thoughtfulness, attention to detail, and genuine follow-through. He does not simply offer help in theory; he notices what needs to be done and takes concrete action. I am reminded of a visit he made to one of our aunts in California many years ago. While he could have easily spent his time going to the beach, he instead chose to stay back and help her with an extensive yard renovation project she had envisioned. He worked alongside her, contributing to the manual landscaping effort with care and commitment. More than twenty years later, she still speaks fondly of that experience. The trees and landscaping they created together have long since matured, and she often remarks that seeing them today brings back memories of the time Aditya spent working alongside her. To me, it is a lasting reminder of the impact he leaves on the people he cares about.

I have seen this same instinct to help in other family settings as well. When we visit our other aunt in Washington, D.C., and the house is full of cousins spending time together, watching television, and enjoying themselves, Aditya is often the one who notices when the burden of hosting becomes overwhelming. He steps in to support our aunt—helping with food preparation, clearing dishes, driving to bring groceries, and generally making himself available wherever help is needed. This attentiveness reflects his ability to recognize when someone is carrying more than their share and take initiative to ease that burden.

I see this same pattern in my own home. Whenever Aditya comes over, he naturally looks for ways to ease my responsibilities, particularly with tasks that I cannot easily manage on my own as a single mom or cannot afford to hire someone regularly for. Whether it is changing ceiling lights or

fire alarms, assembling furniture, moving heavy items, or helping me with snow shoveling, he steps in and helps. These are everyday tasks, but they matter a great deal. His willingness to help consistently, without hesitation, reflects both his practical mindset and his genuine desire to make daily life easier for others. Looking back, none of these moments stand out because they were extraordinary on their own. Together, they reflect a pattern I have observed for decades: Aditya quietly notices where help is needed and naturally steps in without expecting recognition.

This same generosity extends beyond our immediate family. He regularly donates clothing, household goods, and financial contributions to charitable organizations, particularly in response to humanitarian crises and disaster relief efforts, consistently looking for ways to contribute and help those in need. He is deeply appreciative of the people around him in his day-to-day life. He makes a consistent effort to express gratitude toward the staff who work in his building, often sharing treats and thoughtful gestures during holidays. To me, this reflects not only his generosity, but also his attentiveness and respect for others, regardless of their role or background.

Aditya is also the person in our family who takes initiative in making important milestones meaningful. He is deeply attentive to the things we value, often picking up on even a passing mention of a desire and quietly setting about making it happen. For example, my father had always wanted to visit Hawaii and Alaska. Aditya took it upon himself to plan those trips for my father's birthdays, thoughtfully organizing all of the details that the rest of us would find overwhelming.

This same thoughtfulness has been evident during more difficult periods for me personally. When I was going through a very hard time in my marriage while living in Minneapolis, Aditya made the effort to visit me regularly from New York with an extremely demanding career, providing both emotional support and a sense of stability. On one birthday, he surprised me by showing up at my doorstep, which meant a great deal to me during a particularly painful time. These actions reflect his attentiveness, initiative, and genuine desire to bring comfort and meaning to the lives of the people he cares about.

Aditya is also a sincere, and deeply supportive friend. Over the years, I have seen him build and maintain strong, lasting relationships that span different phases of his life—from our childhood in Kuwait, through his undergraduate years, and into adulthood. In his 20s and early 30s, he consistently showed up for the important milestones in his friends' lives. He traveled near and far for their weddings, often making multiple international trips in a year, and continued to stay connected by visiting them as they started families and celebrated the arrival of their children. These were deliberate efforts to be present for the people he cared about. I recall planning Aditya's 25th birthday in Boston shortly after he had moved here and was still settling in. What stood out to me at the time was how many of his close friends made the effort to travel from out of town—to celebrate with him and make the occasion special. To me, this reflected the depth of the relationships he had built and the way others valued him.

What is especially meaningful to me is the consistency of these relationships over time. Many of the individuals he has counted among his closest friends for years continue to remain by his side today. Despite his own inability to travel due to current restrictions, they have made the effort to visit him regularly in Boston. This speaks not only to the strength of those relationships, but to the kind of person Aditya is—someone who earns and maintains trust, respect, and genuine loyalty over time.

Aditya has played a deeply meaningful and consistent role in my daughter's life—one that goes far beyond that of a fun uncle. As a single working mother, I have depended on him in many ways, and he has stepped into a role that, in many respects, reflects that of a steady father figure. He is actively involved in her day-to-day life: driving her to soccer and swim practices, attending her games and swim meets, and making sure she feels supported in her activities. When my work requires travel, he comes to stay at our home so he can manage school drop-offs, meals, after-school commitments, providing stability and continuity in my absence.

Outside of these responsibilities, he makes a genuine effort to build a meaningful relationship with her. They regularly carve out one-on-one time to talk through career exploration, entrepreneurship, the world, her ideas, and her opinions. These conversations have been happening since she was a little girl, and now, as a high school student, I see how much they have shaped her confidence and curiosity. When she participated in her first entrepreneurship competition with TiE Boston this year, she brainstormed the concept, business plan, and key elements of the idea with Aditya. Even while dealing with immense stress from work and legal proceedings, he continues to prioritize her. He makes it a point to attend important milestones, from her business plan pitches to her violin and dance recitals. His presence in her life has been consistent, practical, loving, and deeply formative. Watching their relationship develop over the past fifteen years has been one of the greatest gifts for me as both her mother and Aditya's sister. She trusts him not simply because he is her uncle, but because he has consistently shown up for her in all the ways that matter.

Aditya has also been a pillar of support for me during some of the most difficult years of my life. When I moved to Boston in 2012 to attend business school, I came alone with my young daughter while my husband and I were going through a very difficult period and had decided to spend time apart. For several years, I had experienced emotional abuse, infidelity, and bullying in my marriage. My husband moved to Boston in 2014 but was unemployed for several years and provided no meaningful financial, household, or parenting support. The environment became increasingly toxic, and in 2016, I made the difficult decision to ask him to leave. During that period, his verbal abuse reached its peak, and both my daughter and I needed therapy to work through the fear and emotional impact of those years.

Aditya was my only family in Boston. We lived across from each other over a decade, and he became a steady source of strength for both me and my daughter. He would come over almost every day for dinner, check on us, patiently listen to me process what I was going through, and help me find the strength to maintain stability for my daughter while continuing to focus on work so I could be gainfully employed and pay my bills. There were moments when the emotional strain became overwhelming and I suffered from panic and anxiety attacks, particularly when I received abusive texts. In those moments, Aditya would calmly talk me through them and help me regain composure. His steadiness, patience, and reassurance made an enormous difference in my ability to keep going.

His support was not only emotional. He also helped me rebuild my independence in practical areas of my life where I had previously relied on my husband. He patiently taught me how to manage my finances, make important financial decisions with confidence, and navigate responsibilities I had never handled on my own. At a time when I felt overwhelmed and alone, Aditya helped me regain a sense of control over my life and the confidence to move forward. Looking back, I do not know how I would have managed that period without him.

Over the past several years, I have witnessed the emotional and physical weight the legal proceedings and related financial strain have placed on Aditya. Even when he tries to reassure our family that he is doing alright, I can see the exhaustion that comes from carrying the years of uncertainty. As his sister, it has been heartbreaking to watch someone who has always devoted so much energy to helping others quietly carry such a heavy burden himself. I have been concerned to see signs of increasing cardiovascular risk in his blood work, which reflect the cumulative effects of prolonged stress.

One of the most painful emotional burdens for him has been the restriction on his ability to travel and be present for our family. He hasn't been able to visit our grandparents for over 5 years and sadly couldn't see them before they both passed away in 2022 within 6 months of each other. They longed to see him and used to repeatedly ask when he would visit. He was unable to be physically present for their cremation. These absences were deeply painful because family responsibility is central to who Aditya is. Knowing how deeply connected he was to both of our grandparents, I also know those are moments he will quietly carry with him for the rest of his life.

He has always been a rock for our parents, especially when they need advice or help managing paperwork and important decisions. This has been especially true recently, as my parents made a major life transition last month—retiring from a 47-year chapter in Kuwait. Their move came during an especially anxious period for our family as escalating conflict in the Middle East brought repeated waves of ballistic missile and drone attacks across the region. Aditya and I spent many sleepless nights closely following news updates and worrying about our parents' safety, uncertain about how and when they would be able to leave the country. Despite carrying that stress himself,

Aditya remained a steady source of support, helping our parents navigate complex cross-border logistics and important decisions remotely. Not being able to be physically present to help them with on the ground logistics was difficult for him, but he continued to do everything he could from afar to support them through the transition.

One of the most significant consequences Aditya has already experienced has been the loss of the professional path to which he devoted most of his adult life. For more than seventeen years, he built a career in medical device development, driven by a genuine desire to help create solutions for patients and improve lives through innovation. I have always known this work to be a core part of his identity and sense of purpose. Having to separate from that career and facing uncertainty about how and where he can apply his experience moving forward, has been deeply painful for him. I have watched him grapple not only with the practical implications for his future, but also with the loss of the work he found most meaningful and the mission to which he dedicated so many years.

In recent months, I have seen Aditya take meaningful steps toward reflection and personal growth. He has begun incorporating yoga and meditation into his life, actively working to manage stress, build emotional resilience and reflect more deeply on his priorities and consider what he wants to do with his time moving forward.

Our conversations during this period have become more reflective and forward-looking. I have tried to make myself more available to him as a sounding board. He has been actively talking about his reflections, lessons learned, and brainstorming potential paths for his future. He has also organically been making more time for faith and religion. I have been helping introduce him to our local temple community and encouraging him to attend regular services. He has shared with me how peaceful he finds the early morning prayers, and how they bring back memories of the same prayers we attended with our grandparents in India as children.

One quality I have always admired in Aditya is his commitment to continuous learning. He is open-minded, intellectually curious, and genuinely enjoys understanding new ideas and finding more effective ways to solve problems. Even through the challenges of the past several years, he has remained focused on growth. After losing his job recently, he independently enrolled in online courses to learn about artificial intelligence and emerging technologies. Earlier in his career, after more than a decade in industry, he returned to school at Harvard to continue his education. I see these choices as evidence of someone who is committed to learning from experience, and looking for constructive ways to apply his talents and knowledge.

I also see how much he lights up when he talks to my daughter about her ideas and where she wants to make a change. He realizes that mentoring young people and helping them develop their ideas is something he finds deeply gratifying. He has so much kindness, logic, lived experience,

and lessons learned to share. I think it is wonderful that he is beginning to find where and how he wants to give back. Through my own exposure as a mom to high school organizations and youth activities, I am reaching out to my network to help connect him with opportunities where he can support and mentor young people in a constructive way.

As I have reflected on our lives while writing this letter, I have realized something I had never really put into words. Growing up, I was the older sibling who naturally looked after my younger brother. Somewhere along the way, without either of us noticing, those roles quietly changed. During some of the most difficult years of my own life, he became the person who helped steady me. Watching my younger brother carry that responsibility with such patience and quiet strength is something I will always be grateful for.

As his sister, I am committed to supporting Aditya as he continues on this path. I will continue to be present for him emotionally, help him stay connected to healthy routines, encourage his engagement with our faith community, and support him in identifying positive ways to use his time and talents. Our family depends on him, but we are also committed to being there for him—with structure, encouragement, accountability, and love.

I understand the seriousness of this situation, and I do not write this letter to minimize it. I write because I have known Aditya across every stage of his life—as a child, a brother, an uncle, a son, a friend, and the person who helped my daughter and me through some of the most difficult years of our lives. I have seen his kindness, his steadiness, his sense of responsibility, and, more recently, his sincere reflection and personal growth. I believe this experience has changed him in lasting ways, and I have every confidence that he will continue using his talents, compassion, and life experiences to serve others, support our family, and move forward with humility and purpose.

After nearly forty years of sharing life's joys, hardships, and milestones with my younger brother, I respectfully ask the Court to consider the whole of the man I have known—not only the mistakes he has accepted responsibility for, but also the lifetime of character, compassion, and quiet service that has defined him.

Thank you for your time and consideration.

Respectfully,

Shweta Sharma

TPC
The Pain Center

June 3, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, Massachusetts 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

As an independent interventional pain physician and entrepreneur (not a paid consultant or investor with the company), I confidently offer my strongest endorsement of Aditya Humad. I have known Aditya Humad for many years, and throughout that time he has demonstrated an impressive technical and business acumen in health technology fields. His work ethic and passion for innovation is profound. During our discussions focused on outpatient spine care and related medical technologies, his expertise on both growth platforms was groundbreaking.

At sentencing, I ask you to please take into consideration his contributions to global healthcare through cutting edge technology, which is vital to continuously improving patient care and operational efficiencies.

Please contact me if you need any additional information.

Respectfully,
**THE PAIN CENTER OF ARIZONA**

Steven M. Siwek, MD, MBA
President and CEO
ssiwek@thepaincenter.com

**17500 N. Perimeter Drive | Scottsdale, AZ 85255**

**ST CHARLES SPINE INSTITUTE**
1001 Newbury Road
Thousand Oaks, California 91302
Tel. 805-379-2322 Fax. 805-379-2373

June 14, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

I am writing in support of Aditya Humad.

I am an orthopedic spine surgeon and have spent my career working with medical device companies, evaluating new technologies, and collaborating with physicians, entrepreneurs, and leadership teams throughout the spine industry. Over the years, I have been approached by countless companies seeking physician support, consulting relationships, and investment. As a result, I have always been selective about where I devote my time, reputation, and personal resources.

I have known Aditya for nearly a decade through my involvement with KIC Ventures and various technology development efforts, including AxioMed. Over that time, our professional relationship evolved into a personal friendship, and I had the opportunity to get to know him both professionally and personally.

When I first became involved, it was because I believed in the technologies being developed and their potential to improve patient care. As someone who has spent his career treating spine patients, I viewed technologies such as AxioMed as an exciting opportunity to advance treatment options for patients suffering from debilitating back pain.

Over the years, I chose to invest personally, take on greater leadership responsibilities, and ultimately serve as Chief Medical Officer because my confidence in both the mission and the positive patient outcomes. Those decisions were made after years of firsthand observation and experience. If I did not trust the character, intentions, and commitment of the people involved, I would have simply moved on.

Throughout those years, I worked closely with Aditya. He was often the person working all hours, behind the scenes to help move complex projects forward, coordinate teams, solve

**ST CHARLES SPINE INSTITUTE**
1001 Newbury Road
Thousand Oaks, California 91302
Tel. 805-379-2322 Fax. 805-379-2373

problems, manage countless operational challenges, and support the broader organization. Much of that work occurred far from the spotlight and required persistence, patience, and a willingness to do whatever was needed to keep projects advancing.

One of the qualities I respected most about Aditya was his reliability. Whether it involved physicians, investors, development teams, regulatory efforts, or operational challenges, he consistently made himself available. He diligently returned calls, followed through on commitments, and earned trust by being dependable. Over time, people learned that if Aditya said he would take care of something, he would.

As someone who has worked with many executives throughout my career, I never viewed Aditya as someone motivated by status, wealth, or personal recognition. In fact, my experience was quite the opposite. I consistently saw someone willing to sacrifice personal time, comfort, and financial security because he genuinely believed in the technologies being developed and the patients he would be helping. The work was often difficult, uncertain, and carried significant personal and professional risk, yet he remained committed year after year.

I also had the opportunity to get to know Aditya outside of work. Over time, he met my wife and kids, and he became someone I considered a friend in addition to a professional colleague. He attended my 50th birthday celebration at my home, and I had the opportunity to observe the same qualities personally that I saw professionally: humility, loyalty, kindness, and genuine concern for others.

One of the reasons I felt compelled to write this letter is because the conduct underlying this case is inconsistent with the person I have come to know over nearly a decade. While I fully appreciate the seriousness of the matter before the Court, my experience with Aditya has been that of a hardworking, ethical individual who devoted a substantial portion of his life to building technologies he believes will improve patient care.

Over the years I witnessed numerous setbacks, funding challenges, development delays, regulatory hurdles, and periods of significant uncertainty. Those experiences often reveal a person's true character. Through those challenges, I consistently observed someone who remained committed to his responsibilities, supportive of those around him, and focused on moving forward.

I have every confidence that Aditya has learned tremendously from this experience. The years that I have known him have consistently demonstrated responsibility, perseverance, integrity, and commitment to others.

Thank you for your consideration.

**ST CHARLES SPINE INSTITUTE**
1001 Newbury Road
Thousand Oaks, California 91302
Tel. 805-379-2322 Fax. 805-379-2373

Respectfully,

Erik C. Spayde, M.D.
Board Certified Orthopedic Spine Surgeon

June 16, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

***Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2***

Dear Judge Talwani,

My name is Sandra Thompson, M.D. I am an interventional pain physician, surgery center owner, investor, and healthcare entrepreneur. I am writing in support of Aditya Humad.

I first met Aditya at a medical conference in 2024, after the legal proceedings in this case had already begun. Because I was aware of the pending matter, I approached our relationship thoughtfully and with caution. As both a physician and business owner, I am selective about the people with whom I choose to work, invest, and associate. Over the last two years, I have had the opportunity to observe Aditya through numerous conversations, meetings, conferences, and business interactions. That awareness caused me to evaluate him more carefully than I otherwise would have. Over time, my involvement deepened. I chose to continue working with him, invested in the organization, and ultimately agreed to serve in an advisory capacity because the person I came to know consistently demonstrated professionalism, accountability, respect for others, and genuine concern for those around him.

One of the qualities that impressed me most was the way Aditya treated people regardless of their title, influence, or ability to benefit him. Whether speaking with physicians, employees, investors, or administrative staff, he consistently demonstrated respect and professionalism. I also appreciated that my opinions were welcomed and respected. I never felt that my perspective was being sought simply to validate a decision that had already been made. Aditya listened thoughtfully, encouraged open discussion, and gave genuine consideration to differing viewpoints. That willingness to listen left a lasting impression on me. In my experience, character is often revealed in those everyday interactions that no one else is watching, and Aditya repeatedly distinguished himself through his kindness, patience, and willingness to help others succeed.

I also observed a remarkable level of perseverance. During the time I have known him, Aditya has carried the weight of this case while continuing to meet his professional obligations and support the people who depend on him. Rather than becoming discouraged or withdrawing from responsibility, he remained engaged, productive, and focused on creating value for others.

Many of our conversations centered on solving problems, supporting colleagues, advancing healthcare innovation, and helping organizations grow. His focus was consistently on contributing rather than advancing himself.

What also stood out to me was his consistency. Even while managing the demands of a growing business and the uncertainty surrounding this case, he remained accessible and responsive. Calls were returned, questions were answered, and commitments were honored. In my experience, that level of reliability is uncommon and speaks to the respect he has for the people who place their trust in him.

As a physician, trust is central to everything I do. Every day I make decisions that affect patients, colleagues, and business partners. Those experiences have taught me to look beyond first impressions and evaluate people based on their actions over time. The person I have come to know is thoughtful, dependable, and sincere. He listens carefully, welcomes feedback, and works diligently to earn the confidence of those around him.

I fully recognize the seriousness of the conduct before the Court and do not seek to diminish it. However, I believe it is important for the Court to consider the entirety of Aditya's character and the person I have come to know over the past two years. Based on my experience, I believe this matter is not representative of the values, judgment, and conduct that I have consistently observed. I also believe he has reflected deeply on the consequences of these events and is committed to moving forward in a responsible and constructive manner.

Thank you for considering my perspective. I respectfully ask the Court to extend compassion and leniency as it evaluates Aditya's future.

Respectfully,

Sandra Thompson, M.D.

June 8, 2026

Honorable Indira Talwani
United States District Court
John Joseph Moakley U.S. Courthouse
1 Courthouse Way, Suite 2300
Boston, MA 02210

**Re: United States v. Aditya Humad, Case No. 1:21-cr-10256-IT-2**

Dear Judge Talwani,

My name is Nitesh, and I am a dual-qualified accounting professional, holding credentials as both a Chartered Accountant (India) and a Certified Public Accountant (United States). I am employed by Boston Financial Advisory Group, Inc. (BFAG), a professional accounting and advisory firm. It was through this firm that my close working relationship with Aditya Humad began — KIC outsourced its accounting functions to BFAG, and from December 2015, when I first relocated to the United States, I worked directly alongside Aditya in that capacity. Over the course of nearly a decade, what began as a professional working relationship developed into a close friendship. Because I have known Aditya both professionally and personally for so many years, I respectfully offer my perspective on the person I have come to know.

When I arrived in the United States, the professional and cultural landscape was entirely unfamiliar to me. It was Aditya who took me under his wing without hesitation. He invested his time and patience to train me in the nuances of doing business in America — how to negotiate with suppliers, how to communicate effectively with customers, and how to navigate the professional environment with confidence and integrity. I was a young professional trying to adapt to a completely new country and business environment. Aditya never treated my questions as burdens. He was consistently generous with his time, whether helping me understand a business issue, preparing for a difficult meeting, or simply offering advice about building a career in the United States. What began as a working relationship quickly grew into a meaningful mentorship. Aditya did not merely teach me business skills; he shaped my professional character. I can say without reservation that much of who I am as a finance professional today is a direct reflection of his guidance and generosity during those formative years.

Our relationship extended well beyond the office. In May 2018, Aditya traveled to India to attend my wedding — a gesture that speaks volumes about the kind of man he is. At the time, Aditya had significant professional and family responsibilities in the United States, yet he still chose to travel across the world to celebrate one of the most important days of my life. That gesture meant a great deal to me and reflected the value he places on relationships and loyalty to the people he cares about. Through his conversations over the years, I also came to know that family is the center of Aditya's world. He frequently shared stories about his family with genuine pride and affection, and it was always evident that his relationships with his loved ones grounded him and gave him purpose. Even after many years of working together, we have remained in regular contact, which has allowed me to continue observing both his professional conduct and his commitment to the people around him.

I also had the opportunity to observe how Aditya approached leadership and responsibility during challenging periods for the organization. He consistently prioritized the well-being of the organization over his own personal interests. One experience that has always stayed with me occurred during a significant company acquisition. To help the company complete the transaction, Aditya pledged his personal residence as collateral to the bank. I remember being struck by the magnitude of that decision. Most executives seek to limit their personal risk; Aditya willingly accepted it because he believed in the company and felt responsible for the people whose livelihoods depended on it.

During the uncertainty of the COVID-19 pandemic, Aditya voluntarily reduced his own compensation while continuing to work tirelessly to help the company remain operational. My impression was that he consistently focused on protecting employees and preserving jobs rather than protecting his own financial interests.

As a CFO-level professional working demanding hours, he accepted personal financial hardship so that others would not have to. He also played a pivotal role in helping the company raise capital, demonstrating both strategic acumen and an unwavering commitment to those who depended on the organization.

I am fully aware of the serious nature of the charges before the Court, and I do not in any way minimize the gravity of this matter. I respect the legal process and the seriousness with which these proceedings have been conducted. At the same time, I struggle to reconcile the allegations before the Court with the person I have known for nearly ten years. The Aditya I know is someone who invested in the success of others, accepted personal sacrifice when organizations faced difficult circumstances, and consistently treated colleagues with generosity and respect. These observations come not from a single event, but from years of working closely with him and seeing how he conducted himself day after day.

I humbly ask, Your Honor, that you extend mercy and understanding in your sentencing deliberation. Based on everything I have personally observed over the past decade, I believe Aditya has much more to contribute to his family, his community, and the people whose lives he continues to influence. I respectfully ask the Court to consider the many positive ways he has impacted others, including me, when determining an appropriate sentence.

Respectfully submitted,

Nitesh

Nitesh Vaswani

[redacted]