# Exhibit 1


Dr. Kingsley Chin
KIC Management Group Inc.
Kingsley Investment Company, LLC
KICVentures, LLC
SpineFrontier Inc
Impartial Medical Experts, LLC
ORGANIZATIONAL CHART 7-1-16



SIK-000001

| Company | Owner | Manager |
| --- | --- | --- |
| KICVentures, LLC | KIC, LLC (100%) | KIC Management Group Inc. |
| Spinefrontier, Inc. | KICVentures, LLC (98.26%), Chris Chang (1.63%), Bagby Family Members (0.11%) | KIC Management Group Inc. |
| KIC, LLC | Kingsley R. Chin | Kingsley R. Chin |
| IME, LLC | KICVentures, LLC (99.95%), KIC Management Group, Inc. (0.05%) | KIC Management Group Inc. |
| KIC Management Group, Inc. | Kingsley R. Chin | Kingsley R. Chin |

**OWNERSHIP CHART 7-1-16**

| Document title: | SpineFrontier Organizational Chart | | |
|---|---|---|---|
| Document number: | OC-00003 | Revision: | B |




spinefrontier®
Less Exposure Surgery Technologies

*Indicates Management Representative