UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES<br><br>v.<br><br>ADITYA HUMAD | No. 1:21-cr-10256-IT |

**ASSENTED-TO MOTION TO RETURN PASSPORT TO COUNSEL**

Defendant Aditya Humad, with the assent of the government, respectfully requests that the Court direct U.S. Probation to return Mr. Humad's passport to defense counsel now that he has surrendered for service of his sentence. In the absence of such an order, undersigned counsel understand that Probation otherwise would send the passport to the State Department to be destroyed, which would impose an unnecessary burden and expense on Mr. Humad to re-apply and restore an important identification and citizenship document upon release.

Respectfully submitted,

**ADITYA HUMAD**

By his attorneys,

/s/ *William Fick*

Daniel N. Marx (BBO #674523)
William W. Fick (BBO #650562)
FICK & MARX LLP
24 Federal Street, 4th Floor
Boston, MA 02110
(857) 321-8360
dmarx@fickmarx.com
wfick@fickmarx.com

**CERTIFICATE OF SERVICE**

The undersigned certifies that this document, filed on October 6, 2026, through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF).

*/s/ William Fick*